**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate American Civil Liberties Union, Inc.** *Plaintiffs* | : | |
| **Vs.** | : | **C.A. No. 04-487T** |
| **ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director** *Defendants* | : | |

**JOINT MOTION TO AMEND THE PRETRIAL ORDER**

Now come Plaintiffs, Rhode Island Affiliate American Civil Liberties Union, Inc., and Steven Brown, Defendants, Roger N. Begin, et al., and Intervenor, the Greater Providence Chamber of Commerce, and hereby move this Honorable Court for an enlargement of time for the Closure Date. Specifically, the parties request that the April 26, 2005 pretrial order be amended to permit that discovery be completed by August 12, 2005, and that the parties be allowed up to and including September 12, 2005 to file cross motions for summary judgment. In support of this motion, the parties state that the additional time is needed to complete discovery and prepare motions for summary judgment, particularly in light of the time that was needed to

get a clear picture of whether the Rhode Island General Assembly was going to take any actions that might affect the issues in this case.

Howard A. Merten, Esquire (#3171)
Attorney for the Plaintiff
PARTRIDGE SNOW & HAHN, LLP
180 South Main Street
Providence, RI 02903
(401) 831-8200
(401) 861-8210 Fax

Raymond A. Marcaccio, Esquire (#3569)
Attorney for the Defendants
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

James W. Ryan, Esquire (#4042)
Attorney for the Intervenor
PARTRIDGE SNOW & HAHN, LLP
180 South Main Street
Providence, RI 02903
(401) 831-2900
(401) 861-8210 Fax

806799_1/800056-2