UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE
AMERICAN CIVIL LIBERTIES UNION, INC.,
et al.,

Plaintiffs,

v. C.A. No. 04-487T

ROGER N. BEGIN, et al.,

Defendants.

ORDER GRANTING IN PART JOINT MOTION TO AMEND THE PRETRIAL ORDER

Plaintiffs' Joint Motion to Amend the Pretrial Order is granted in part. The discovery closure date is hereby extended to August 12, 2005. If counsel wish to file cross-motions for summary judgment, they may schedule a conference with the Court prior to September 12, 2005.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: July 14, 2005