**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.,
Plaintiffs

v.

ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director,
Defendants

THE GREATER PROVIDENCE CHAMBER OF COMMERCE,
Intervenor

C.A. No. 04-487T

**STIPULATION**

The parties hereby stipulate and agree that the Intervenor, Greater Providence Chamber of Commerce, shall have up to and including Friday, July 29, 2005 to respond to Defendants' Interrogatories.

INTEVENOR,
GREATER PROVIDENCE CHAMBER
OF COMMERCE

By Its Attorney

PARTRIDGE SNOW & HAHN LLP

James W. Ryan (#4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

DEFENDANT,
ROGER N. BEGIN, ET AL.

By Their Attorney

OLIVERIO & MARCACCIO

Raymond A. Marcaccio (#3569)
Christine M. Curley (#4529)
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 (fax)

PLAINTIFFS,
RHODE ISLAND AFFILIATE, AMERICAN CIVIL
LIBERTIES UNION, INC., ET AL.,

By Their Attorney

PARTRIDGE SNOW & HAHN LLP

Howard Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

DATED: July 19, 2005

809506_1/247-85