UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE
AMERICAN CIVIL LIBERTIES
UNION, INC. and STEVEN BROWN,
Individually and in his Capacity as
Executive Director of Rhode Island
Affiliate, American Civil Liberties
Union, Inc.

v. CA No. 04-487-T

ROGER N. BEGIN, in his Official
Capacity as Chairman of the
Rhode Island Board of Elections, and
THOMAS V. IANNITTI, JUDITH H.
BAILEY, JOHN A. DALUZ, FLORENCE G.
JOHNSON, FRANK J. REGO, RAYMOND A.
XAVIER, in their Capacities as
Commissioners of the Rhode Island
Board of Elections and GEORGE
BOWEN, in his Official Capacity
as Acting Executive Director

**ORDER DIRECTING CERTIFICATION**
**OF CONSTITUTIONAL CHALLENGE**

Pursuant to 28 U.S.C. § 2403(b) it is hereby ORDERED that the Clerk, forthwith, certify to the Attorney General of the State of Rhode Island that the plaintiffs, in this action, have drawn into question the constitutionality of several State statutes affecting the public interest and that the State may be permitted to intervene for the purpose of arguing and/or presenting evidence with respect to whether the statutes in question are constitutional.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: Oct. 28, 2005