# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc., Plaintiffs<br><br>v.<br><br>ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director, Defendants<br><br>THE GREATER PROVIDENCE CHAMBER OF COMMERCE, Intervenor | C.A. No. 04-487T |

**THE GREATER PROVIDENCE CHAMBER OF COMMERCE'S ANSWERS TO DEFENDANTS' INTERROGATORIES**

The Greater Providence Chamber of Commerce ("Chamber") hereby answers Defendants' Interrogatories as follows:

**INTERROGATORY NO. 1:**

Identify the person answering these interrogatories by giving his or her residential address, business or occupation, business address, current employer, date of birth and social security number.

**OBJECTION:**

The Chamber objects to providing residential addresses and/or social security numbers on the ground that such requests are invasive of respondent's personal privacy.

**RESPONSE NO. 1:**

Subject to the stated objection, Paul T. DeRoche, Senior Vice President of Governmental Affairs, The Greater Providence Chamber of Commerce, 30 Exchange Terrace, Providence, Rhode Island; date of birth, May 21, 1933.

**INTERROGATORY NO. 2:**

Identify each person who contributed in any way to the formulation of your answers to these interrogatories, state the number of each interrogatory to which that person made any contribution, and state the contribution made by that person.

**RESPONSE NO. 2:**

Paul T. DeRoche and other staff of The Greater Providence Chamber of Commerce.

**INTERROGATORY NO. 3:**

Identify each person who has knowledge of any information concerning the claims asserted by the Chamber in its Complaint, the relationship such person has to you and describe in detail the discoverable matter which each person has knowledge.

**RESPONSE NO. 3:**

Paul T. DeRoche, James G. Hagan, President and Valerie B. Murray, Senior Vice President of The Greater Providence Chamber of Commerce. Defendants and others who work for the Rhode Island Board of Elections.

**INTERROGATORY NO. 4:**

For each of the preceding years, from January 2000 to December 2004, provide the following information:

a. Whether the Chamber engaged in advocacy efforts in support or against any ballot questions on the state ballot;

b. Whether the Chamber solicited contributions from members specifically for this purpose and the total monies collected;

c. Whether the Chamber solicited contributions from nonmembers specifically for this purpose and the total monies collected;

d. Identify the organizations, associations or entities with whom the Chamber worked in advocating its position on the ballot question.

e. Identify the organizations, associations or entities to whom the Chamber gave contributions for the purpose of advocating a position on the ballot question.

**RESPONSE NO. 4:**

a. Yes.

b. No contributions were solicited or collected specifically for the purpose of engaging in advocacy efforts in support of or against any ballot question on the state ballot.

c. No contributions were solicited or collected specifically for the purpose of engaging in advocacy efforts in support of or against any ballot question on the state ballot.

d. In connection with "CasiNO 2000", following the guidance of the Rhode Island Board of Election as set forth in Advisory Opinion 96-01, then in effect, the Chamber worked with the North Kingstown Chamber of Commerce, the Northern Rhode Island Chamber

of Commerce, the Rhode Island Hospitality Association, Lincoln Downs and Newport Jai Lai. In connection with the URI Bioscience bond issue the Chamber worked with the Rhode Island Economic Development Corporation. Finally, in connection with the Separation of Powers issue, the Chamber worked together with Common Cause.

e. During the period from January 2000 to December 2004, the Chamber gave contributions towards CasiNO 2000, Complete Quonset and the URI BioScience bond issue.

**INTERROGATORY NO. 5:**

State whether the Chamber has a policy against accepting contributions from unions. If not, set forth the total amount of contributions received from unions for each year from January 2000 through December 2004.

**RESPONSE NO. 5:**

The Chamber does not have a policy against accepting contributions from unions. The Chamber has not accepted "contributions" from unions (or anyone else) during the time period of January 2000 through December 2004.

**INTERROGATORY NO. 6:**

Set forth the total dollar amount of contributions received by the Chamber from members for each year from January 2000 through December 2004.

**RESPONSE NO. 6:**

The Providence Chamber "PAC", an independent unincorporated association organized pursuant to the provisions of R.I. Gen. Laws § 17-25-1 *et seq.*, does accept contributions from individuals who may or may not be affiliated with members of the Chamber, as detailed in the reports on file with the Rhode Island Board of Election and the attached documents.

**INTERROGATORY NO. 7:**

Set forth the total dollar amount of contributions received by the Chamber from persons who were not members for each year from January 2000 through December 2004.

**RESPONSE NO. 7:**

The Chamber has not received contributions from persons who were not members of the Chamber during the time period in question. As detailed in the attached reports, the Chamber "PAC", an independent unincorporated association organized pursuant to the provisions of R.I. Gen. Laws § 17-25-1 *et seq.*, does receive contributions from individuals, who may or may not be members of the Chamber.

**INTERROGATORY NO. 8:**

Set forth in detail the expenses and administrative burdens you allege the Chamber will incur if required to comply with the political action committee reporting requirements under the Act.

**RESPONSE NO. 8:**

The expenses and administrative burdens of complying with the political action committee reporting requirements under the Act is impossible to calculate because it would be very difficult and time consuming to identify contributors and dues with other revenue sources of the Chamber and segregate contributions associated with ballot question advocacy from contributions intended for other Chamber activities and to report the same. Even if possible to accomplish, it is anticipated that the expense and administrative burdens would be prohibitively expensive. Other anticipated expenses would include accounting, staffing requirements, expenses associated with legal consultation as well as those expenses related to filing periodic reports such as those required by the Rhode Island General Laws.

**INTERROGATORY NO. 9:**

Identify the treasurer for the Chamber, or if there is no person designated as treasurer, identify the individual who receives, records and deposits contributions from members and non members.

**RESPONSE NO. 9:**

The treasurer for the Chamber is Patrick Canning of the firm Peat Marwick. The treasurer for the Chamber "PAC" is Paul T. DeRoche.

**INTERROGATORY NO. 10:**

Set forth in detail the estimated costs of setting up a segregated fund for contributions received for the purpose of advocating the support or defeat of ballot questions or referenda.

**RESPONSE NO. 10:**

It is not possible to detail the estimated cost of setting up a segregated fund for the reasons already set forth in Response No. 8. Unlike the Chamber "PAC", the Chamber does not file Campaign & Expenditure Reports at the Rhode Island Board of Election and would have to incur the additional administrative expense associated with this type of reporting. For example, one out-of-pocket expense associated with setting up a segregated fund for contributions would be the fees for a segregated bank account which are estimated at $120 per year. See, also, Response No. 8.

**INTERROGATORY NO. 11:**

State whether the Chamber has made financial contributions or other contributions to a political action committee for the purpose of advocating the support or defeat of ballot questions or referenda in a state election. If the answer is yes, provide the total amount

of financial contributions or other support given to each political action committee for each year from January 2000 to the present.

**RESPONSE NO. 11:**

Neither the Chamber nor the Chamber "PAC" has made contributions to a political action committee for the purpose of advocating the support or defeat of ballot questions or referenda in a state election during the period of from January 2000 to the present.

**INTERROGATORY NO. 12:**

State whether the Chamber has made financial contributions or other contributions to a political action committee, political party committee or candidate for the purpose of advocating to the support or defeat of a candidate in a statewide or local election. If the answer is yes, provide the total amount of financial contributions or other support given to each political action committee, political party committee and/or candidate for each year from January 2000 to the present. In the case of political action committees and political party committees, identify the candidate or candidates the contribution was intended to support or defeat.

**RESPONSE NO. 12:**

The Chamber has not made contributions of any kind for the purpose of advocating to the support or defeat of a candidate in a statewide or local election. The Chamber "PAC" has made any contributions to candidates as described in the attached documents.

**INTERROGATORY NO. 13:**

State whether the Chamber engages in business activities which generate income to the Chamber. If the answer is yes, provide the total amount of income derived from each business activity for each year from January 2000 to the present.

**RESPONSE NO. 13:**

Consistent with its Charter and By-Laws, the Chamber derives its income from dues and other Chamber related activities, not from outside business activities.

**INTERROGATORY NO. 14:**

State whether the Articles of Incorporation or Bylaws of the Chamber permit or prohibit the Chamber from engaging in business activities which generate income toward the general revenue of the Chamber.

**RESPONSE NO. 14:**

The Articles of Incorporation and Bylaws of the Chamber do not prohibit the Chamber from engaging in business activities which generate income toward the general revenue of the Chamber.

**INTERROGATORY NO. 15:**

State whether the Chamber has any shareholders. If the answer is yes, provide the total number of shareholders for each year from January 2000 to the present.

**RESPONSE NO. 15:**

The Chamber has no shareholders.

**INTERROGATORY NO. 16:**

State whether the Chamber has contributed any funds directly to a state or local candidate's campaign from January 2000 to the present. If the answer is yes, provide the total contributions to each candidate for each year from January 2000 to December 2004.

**RESPONSE NO. 16:**

The Chamber has not contributed any funds directly to a state or local candidate campaigns during the period of from January 2000 to the present. As detailed in filings with the Board of Elections required by Rhode Island General Laws, the Chamber "PAC" has made

contributions to candidates. See the attached outline of contributions to candidates by the Chamber "PAC."

**INTERROGATORY NO. 17:**

State whether the Chamber has expended any funds or contributed any other thing of value for the purpose of advocating the support or defeat of a ballot question or referendum from January 2000 to the present. If the answer is yes, provide the total financial or other contributions expended for each ballot question or referendum for each year from January 2000 to December 2004.

**RESPONSE NO. 17:**

Yes. During the period from January 2000 to December 2004, the Chamber gave $5,000 in support of "CasiNO 2000", $25,000 in support of "Complete Quonset" and $10,000 in support of the URI BioScience bond issue.

**INTERROGATORY NO. 18:**

State whether the Chamber is a qualified non public corporation under 11 C.F.R. 114.2, 11 C.F.R. 114.10 and 25 U.S.C. § 501 (c) (4) of the Internal Revenue Code.

**RESPONSE NO. 18:**

No. 25 U.S.C. § 501 (c) (6) of the Internal Revenue Code.

**INTERROGATORY NO. 19:**

State whether the Chamber has received contributions in excess of $1000 from any one source from January 2000 to the present. If the answer is yes, provide the number of contributions received that exceeded $1000 for each year from January 2000 to December 2004.

**RESPONSE NO. 19:**

The Chamber has not received any "contributions" in excess of $1000, as that term is defined in R.I. Gen. Laws § 17-25-3(3), during the time period in question .

**INTERROGATORY NO. 20:**

Identify and describe in detail each and every fact, communication and document upon which you reply in support of your allegation that the Chamber would be unable to comply with "PAC" reporting requirements because it would be impossible to identify and segregate contributions for ballot advocacy from contributions for the Chambers other activities as set forth in paragraph 37 of your Complaint.

**RESPONSE NO. 20:**

The Chamber needs the ability to form coalitions with other interested parties in order to meet the requirements of internal and external market forces because of the amount spent by third parties regarding ballot advocacy questions.

**INTERROGATORY NO. 21:**

Identify each person whom you intend to call as an expert witness, stating:

(a) his/her name, or other means of identification, address and telephone number.

(b) his/her profession or occupation, and the field in which he/she allegedly is an expert.

(c) all information contained in his/her curriculum vitae or resume.

(d) the subject matter on which he/she is expected to testify.

(e) the substance of the facts on which he is expected to testify.

(f) the substance of the opinion to which each expert is expected to testify and give a summary of the grounds upon which each experts bases his/her opinion.

**RESPONSE NO. 21:**

The Chamber has not yet identified an expert witness. Should the Chamber choose to call an expert witness at trial, it will properly identify said witness pursuant to the dictates of the Federal Rules of Civil Procedure and applicable local rules.

Signed this 29th day of July, 2005 under the pains and penalties of perjury.

THE GREATER PROVIDENCE
CHAMBER OF COMMERCE

By: Paul T. DeRoche
Its: V. P. Gov. Aff. Affairs

STATE OF RHODE ISLAND
COUNTY OF Providence

In Providence, in said County, on this 29th day of July, 2005, before me personally appeared Paul T. DeRoche, to me known and known by me to be the Vice President of The Greater Providence Chamber of Commerce, and the person executing the foregoing instrument on behalf of, The Greater Providence Chamber of Commerce, the party executing this instrument, and they acknowledged said instrument by them so executed to be their free act and deed in such capacity and the free act and deed of said The Greater Providence Chamber of Commerce.

Notary Public
Print Name: John J. Partridge
My Commission Expires: 09/04/2005

As to the Objections:

THE GREATER PROVIDENCE
CHAMBER OF COMMERCE,

By Its Attorney,
PARTRIDGE SNOW & HAHN LLP

James W. Ryan (# 4042)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing THE GREATER PROVIDENCE CHAMBER OF COMMERCE'S ANSWERS TO DEFENDANTS' INTERROGATORIES was mailed, postage prepaid, on this 29 day of July, 2005 to:

Raymond A. Marcaccio, Esq.
Christine M. Curley, Esq.
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Howard Merten, Esq.
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

803394_1/247-85

## ANSWER TO INTERROGATORY NO. 16

**January to December, 2000:**

| | |
|---|---|
| Representative John Harwood | $1,000 |
| Senator Patrick McDonald | $50 |
| Representative David Iwuc | $40 |
| Representative Robert Watson | $150 |
| Senator Elizabeth Roberts | $100 |
| Representative Paul Sherlock | $50 |
| Representative Steve Anderson | $100 |
| Representative Joanne Giannini | $50 |
| Representative Peter KilMartin | $50 |
| Senator Hannah Gallo | $50 |
| Representative Gregory Schadone | $50 |
| Representative Paul Maura | $75 |
| Representative Gerald Martineau | $1,000 |
| Senator Paul Kelly | $1,000 |
| Representative Peter Ginatti | $75 |
| Senator David Bates | $100 |
| Representative Peter Lewiss | $100 |
| Representative Renee Menard | $100 |
| Senator Roger Badeau | $1,000 |
| Senator William Enos | $200 |
| Senator William Irons | $1,000 |
| Senator John Revens | $100 |
| Senator Mark Cote | $100 |
| Representative Gordon Fox | $55 |
| Senator John Celona | $100 |
| Senate Democratic Committee | $200 |
| Representative Steve Costantino | $50 |
| Senator Michael Lenihan | $200 |
| Senator Charles Walton | $100 |
| Senator John Ronery | $100 |
| House Democratic Committee State House | $100 |

**January to December, 2001:**

| | |
|---|---|
| Representative John Harwood | $1,000 |
| Tony Pires | $1,000 |
| Representative Steve Anderson | $100 |
| John Daponte | $100 |
| Representative Paul Maura | $100 |
| Senator Frank Caprio | $550 |
| Representative Peter Ginatti | $75 |
| Senator John Tessoni | $110 |
| Senator William Irons | $1,000 |
| Representative Gerald Martineau | $1,000 |
| Senator John Celona | $500 |
| Senator John Revens | $75 |
| Representative Renee Menard | $100 |
| Senator David Igliozzi | $50 |
| Senator John Roney | $150 |
| Senator Mark Cote | $100 |
| Senator Bill Valasca | $100 |
| Senator Paul Fogarty | $100 |
| Senator Joe Montalbano | $300 |
| Senator Brian Hunter | $100 |
| Senator Joe Polisena | $100 |
| Rhode Island Democratic State Senate Committee | $150 |
| Senator Roger Badeau | $1,000 |
| Senator Dennis Algiere | $100 |
| Tim Williamson | $50 |
| Representative Mariana George | $50 |
| Representative John McCauley | $50 |
| Representative Suzanne Henseler | $75 |
| Representative Brian Kennedy | $200 |
| Representative Bill San Bento | $150 |
| Mike McCaffrey | $50 |
| Representative Steve Constantino | $100 |

| | |
|---|---|
| Democrat Legislative House Committee State House | $200 |
| Senator Mary Ellen Goodwin | $100 |
| Senator Domenic Ruggerio | $75 |
| Representative Tom Slater | $80 |
| Representative Eileen Norton | $50 |
| Senator Catherine Graziano | $100 |
| Representative Elizabeth Dennigan | $75 |
| Representative Robert Watson | $150 |
| Senator Bob Kells | $50 |
| Senator Leonides Raptalies | $75 |
| South County Democrat Committee | $100 |
| Senator Steve Alves | $100 |
| Senator Walter Felog | $100 |
| Representative Frank Montanello | $50 |
| Daniel J. Issa | $50 |
| Rhode Island Latino PAC | $100 |
| Hannah Gallo | $50 |

**January to December, 2002:**

| | |
|---|---|
| Senator Joe Montalbano | $1,000 |
| Representative John Harwood | $1,000 |
| Senator John Celona | $1,000 |
| Representative Joe Faria | $ 200 |
| Representative Bill San Bento | $ 500 |
| Senator Elizabeth Roberts | $ 300 |
| Representative Gordan Fox | $ 900 |
| Senator John Maroney | $ 200 |
| Representative Peter Ginatt | $ 25 |
| Representative Paul Maura | $ 25 |
| Representative David Cicilline | $ 875 |
| Senator William Irons | $ 1,000 |
| Representative Gerard Martineau | $ 1,000 |
| Representative Tony Pires | $ 300 |
| Senator Dan DaPont | $ 50 |

| | |
|---|---|
| Representative Robert Watson | $ 150 |
| Representative Robert Lowe | $ 75 |
| Representative Tom Slater | $ 50 |
| Representative Rene Menard | $ 200 |
| Senator Bill Wilaska | $ 100 |
| Senator Roger Badenau | $ 1,000 |
| Representative John Shanley | $ 50 |
| Representative Ken Carter | $ 200 |
| Senator Mark Coat | $ 100 |
| Senator John Revens | $ 175 |
| Senator David Igliozzi | $ 50 |
| Representative Tom Palozio | $ 50 |
| Representative Peter Lewiss | $ 50 |
| Senator Charles Watson | $ 75 |
| Senator Joe Polesena | $ 50 |
| Representative Bruce Long | $ 50 |
| Senator Catherine Graziano | $ 100 |
| Representative John McConnhey, Jr. | $ 50 |
| Senator Daniel Issa | $ 100 |
| Representative Tom Winfield | $ 200 |
| Senator David Bates | $ 100 |
| Representative Brian Kennedy | $ 200 |
| Rick Singleton | $ 100 |
| Senator Dom Ruggerio | $ 75 |
| Frank Montalbano | $ 75 |
| Representative Steve Constantino | $ 100 |
| Senator Mary Ellen Goodwin | $ 100 |
| Representative Paul Sherlock | $ 100 |
| Representative Elizabeth Dennigan | $ 75 |
| Senator Steve Alves | $ 200 |
| Senator William Felling, Jr. | $ 100 |
| House Democratic Legislative Committee | $ 200 |
| Representative Elaine Coderre | $ 50 |
| Senator Frank Caprio | $ 250 |

| | |
|---|---|
| Senator T. Piva Weed | $ 100 |
| Senator Mike Conquin | $ 100 |
| Representative John Barr | $ 100 |
| Senator Paul Fogarty | $ 100 |
| Senator Kevin Breene | $ 100 |
| Anna Prager | $ 100 |
| Representative Steve Anderson | $ 100 |
| Representative Ray Coelher | $ 100 |
| Representative Henry Bose | $ 100 |
| Senator Dan Connor | $ 100 |
| Representative Paul Crowley | $ 100 |
| Representative Steven Smith | $ 50 |
| John Farnum | $ 1,000 |
| Senator John Tessoni | $ 100 |
| Robert Haxton | $ 100 |
| Representative Stella Brien | $ 100 |
| Representative Joe Faria | $ 150 |
| Senator Tom Izzo | $ 100 |
| David Igliozzi | $ 100 |
| Peter Palumbo | $ 100 |
| Robert Flarenty | $ 100 |
| William McMannus | $ 200 |
| Joan Quick | $ 100 |
| Representative William Enos | $ 100 |
| Representative Peter Ginaitt | $ 100 |
| Senator Leo Blais | $ 75 |
| Representative Bill Murphy | $ 100 |
| Senator Lou Raptaksis | $ 200 |
| Democratic House Senate State Committee | $ 200 |
| Representative Elizabeth Dennigan | $ 100 |
| Senator Hannah Gallo | $ 100 |
| Representative Fasto Anguilla | $ 100 |
| Raymond Gallison | $ 100 |
| Scott Guthrey | $ 100 |

| | |
|---|---|
| Senator Aram Garabedian | $ 175 |
| Democratic House Committee | $ 500 |

**January to December 2003:**

| | |
|---|---|
| Representative William Murphy | $ 1,000 |
| Representative Robert Watson | $ 100 |
| Representative Joanne Giannini | $ 100 |
| Senator Steve Alves | $ 800 |
| Representative Gordon Fox | $ 750 |
| Senator John Tissoni | $ 75 |
| Representative Tom Slater | $ 100 |
| Representative Rene Maynard | $ 300 |
| Senator William Irons | $ 1,000 |
| Senator Danial Dupont | $ 100 |
| Senator Joseph Montalbano | $ 500 |
| Representative Anistasia Williams | $ 50 |
| Senator William Milaska | $ 500 |
| Representative Charlene Lima | $ 200 |
| Senator John Celona | $ 1,000 |
| Senator Mark Cote | $ 100 |
| Representative Arthur Corvese | $ 200 |
| Representative Joseph Faria | $ 100 |
| Representative Thomas Winfield | $ 200 |
| Representative Joseph Polesena | $ 80 |
| Senator Domonic Ruggerio | $ 200 |
| Representative Frank Montanaro | $ 100 |
| Representative Kenneth Carter | $ 100 |
| Representative Brian Kennedy | $ 300 |
| Senate Democratic Committee | $ 200 |
| Representative Peter Ginaitt | $ 200 |
| Senator Anna Gallo | $ 100 |
| Senator Roger Badeau | $ 1,000 |
| Representative Paul Sherlock | $ 500 |
| Representative John DeSimone | $ 100 |

| | |
|---|---|
| Senator Daniel Issa | $ 200 |
| Representative Steven Constantino | $ 325 |
| Representative Peter Lewis | $ 100 |
| Senator John Revens | $ 150 |
| Representative John McCauley, Jr. | $ 100 |
| Senator Walter Felagh, Jr. | $ 200 |
| Representative John Shanley | $ 100 |
| Senator Juan Pichardo | $ 50 |
| Senator Frank Ciccone | $ 100 |
| Rhode Island Young Democrates | $ 100 |
| Representative John Harwood | $ 200 |
| Representative William SanBento | $ 200 |
| Senator Mary Ellen Goodwin | $ 100 |
| Representative Fausto Anguilla | $ 75 |
| Senator Michael Lenihan | $ 200 |
| House Democratic Leadership | $ 200 |
| Representative Elizabeth Dennigan | $ 225 |
| Senator Elizabeth Roberts | $ 300 |
| Representative William Enos | $ 100 |
| Representative William McMannus | $ 100 |
| Senate Committee | $ 250 |
| Representative Robert Lowe | $ 100 |
| Representative Steve Constantino | $ 100 |

**January to December 2004**

| | |
|---|---|
| William J. Murphy | $ 2,000 |
| Gordon Fox | $ 1,000 |
| Gregory Schedone | $ 100 |
| Rene Menard | $ 300 |
| Tom Slater | $ 200 |
| Frank Caprio | $ 1,700 |
| Peter Ginaitt | $ 550 |
| John Tessoni | $ 75 |
| John Shanley | $ 175 |

| | |
|---|---|
| Peter Kilmartin | $ 100 |
| Joseph Montalbano | $ 1,500 |
| Frank Montanaro | $ 75 |
| Representative Arthur Corvese | $ 300 |
| Senator John Revens | $ 150 |
| Representative Charlene Lima | $ 400 |
| Senator M. Theresa Paiva Weed | $ 750 |
| Representative Joann Giannini | $ 100 |
| Senator William Walska | $ 300 |
| Representative Joseph Faria | $ 300 |
| Senator Hannah Gallo | $ 100 |
| Senator Domenic Ruggerio | $ 200 |
| Representative Kenneth Carter | $ 400 |
| Representative Peter Lewiss | $ 300 |
| Senator Daniel Issa | $ 200 |
| Brian Newberry | $ 400 |
| Representative Bruce Long | $ 400 |
| House Democratic Leadership | $ 200 |
| Senator Paul Fogarty | $ 50 |
| Representative Robert Lowe | $ 150 |
| Senator David Bates | $ 200 |
| Representative Jan Malik | $ 200 |
| Senator Robert Badeau | $ 1,000 |
| James Burchfield | $ 100 |
| Representative Brian P. Kennedy | $ 200 |
| Senator Michael McCaffrey | $ 100 |
| Senator J. Michael Lenihan | $ 150 |
| Senator Kevin Breene | $ 100 |
| Representative Thomas Winfield | $ 200 |
| Representative Steven Constantino | $ 300 |
| Senator Leo Blais | $ 400 |
| Senator Steven Alves | $ 300 |
| Representative William SanBento, Jr. | $ 200 |
| Representative William Enos | $ 200 |
| Representative Elizabeth Dennigan | $ 200 |

| | |
|---|---|
| Representative Fausto Anguilla | $ 75 |
| Senator Mary Ellen Goodwin | $ 200 |
| Representative Robert Watson | $ 400 |
| Senator Walter Felig, Jr. | $ 200 |
| Representative Elaine Corderre | $ 100 |
| Senator Leonidas Raptakis | $ 100 |
| Senator Elizabeth Roberts | $ 1,000 |
| Senate Democrat Leadership | $ 200 |
| Representative Paul Crowley | $ 100 |
| Thomas Izzo | $ 100 |
| Senator Juan Pichardo | $ 100 |
| Edward Cooney | $ 100 |
| Raymond Church | $ 300 |
| Joseph Amaral | $ 100 |
| David Carline | $ 200 |
| Chris Nosara | $ 200 |
| Barry Feene | $ 300 |
| Phillip Stone | $ 200 |
| Herbert Little | $ 200 |
| June Gibbs | $ 200 |
| Lloyd Monroe | $ 300 |
| John Gormley | $ 200 |
| Charles Rossi | $ 200 |
| Randy Rossi | $ 200 |
| Kevin Greene | $ 200 |
| Robin Porter | $ 200 |
| David Cote | $ 300 |
| Lawrence Ehrhardt | $ 200 |
| Malcolm McKenzie | $ 200 |
| Carol Mumfred | $ 200 |
| Mark Deausoleil | $ 300 |
| William McMannus | $ 300 |
| Michael Moniz | $ 200 |
| Thomas Heffner | $ 100 |
| Richard Singleton | $ 100 |

| | |
|---|---|
| Jay Patrick O'Neill | $ 200 |
| Ernest Cabral | $ 100 |
| Henry Rose | $ 100 |
| John Savage | $ 200 |
| Robert Cusack | $ 100 |
| Joseph Amaral | $ 200 |
| John Laughlin | $ 300 |
| Christine Callahan | $ 100 |
| Jack Szymanski | $ 200 |
| Patrick Curran | $ 200 |
| Robert Clarken | $ 200 |
| Victor Moffitt | $ 200 |
| William Bracket | $ 200 |
| Democratic Leadership | $ 200 |
| Benny Nix | $ 2,005 |
| Arthur Handy | $ 100 |

811676_1/247-85

**ANSWER TO INTERROGATORY NO. 19**

2000 In the year 2000 the Chamber did not receive any contributions in excess of $1,000.

2001 In the year 2001 the Chamber did not receive any contributions in excess of $1,000.

2002 In the year 2002 the Chamber did not receive any contributions in excess of $1,000.

2003 In the year 2003 the Chamber did not receive any contributions in excess of $1,000.

2004 In the year 2004 the Chamber did not receive any contributions in excess of $1,000.

2005 In the year 2005 the Chamber did not receive any contributions in excess of $1,000.

811677_1/247-85