*Please see reverse side for instructions on how to complete this form.*

**State of Rhode Island and Providence Plantations**
**Board of Elections**
Campaign Finance Unit
50 Branch Avenue, Providence, Rhode Island 02904
Telephone No. (401) 222-2345
www.elections.ri.gov

RHODE ISLAND BOARD OF ELECTIONS 2004 DEC 28 AM 10 38

Time Stamp: (For Office Use Only)

## SUMMARY OF CAMPAIGN ACTIVITY (CF-2)

| | |
|---|---|
| Full Name of Candidate, Officeholder, Political Party Committee, or Political Action Committee (PAC): Providence Chamber "PAC" | Organization Key #: 4120 |
| Street Address: 30 Exchange Terrace | City/Town, State and Zip Code: Providence, R.I. 02903 |
| Mailing Address (if different): | City/Town, State and Zip Code: |

| Telephone Number | Daytime Telephone Number | Fax Number | E-mail Address |
|---|---|---|---|
| (401) 621-6106 | | (401) 751-2434 | [illegible]@provchamber.com |

Reporting Period (Dates):
Period Beginning: 11-30-04 Period Ending: 12/31/04 Amended Report: Yes No

### Summary of Activity for Reporting Period

1. Beginning Cash Balance $ 9,517.44
2. Cash Receipts
   a. Contributions From:
      1. Individuals $ 900.00
      2. Political Parties $
      3. Political Action Committees $
      4. Loan Proceeds $
      5. Payroll Check Off (PAC's Only) $
   b. Other Receipts $ / $ / $
3. Total Cash Available (Add Lines 1 + 2a + 2b) $ 10,417.44
4. Cash Disbursements
   a. Campaign Expenses $
   b. Repayment of Loans $
   c. Other Disbursements $ / $ / $ / $
5. Ending Cash Balance (Line 3 – 4a - 4b - 4c) $ 10,417.44
6. Report of In-Kind Contributions $

### Campaign Fund Status

**Assets**

7. Cash (Enter Amount from Line 5) $ 10,417.44
8. Other Assets $ / $ / $
9. Total Assets (Add Lines 7 + 8) $ 10,417.44

**Liabilities and Fund Balance**

10. Liabilities
    a. Accounts Payable $
    b. Loans Payable $
    c. Other Liabilities $ / $ / $ / $
11. Total Liabilities (Add Lines 10a+10b+10c) $
12. Total Fund Balance (Line 9 – Line 11) $ 10,417.44
13. Total Funds Available (Line 5 – Line 11) $ 10,417.44

I hereby certify that this report of campaign contributions and expenditures and the supporting documents are complete, true and correct.

x Paul T. DeRoche 12-28-04
Signature of Person Completing Report Date

Paul T. DeRoche
Print Name of Person Completing Report

V.P. Govt Relations
Title of Person Completing Report

CF-2 Rev. 06/04

*Please see reverse side for instructions on how to complete this form.*

**State of Rhode Island and Providence Plantations**
**Board of Elections**
**Campaign Finance Unit**
**50 Branch Avenue, Providence, Rhode Island 02904**
**Tel. (401) 222-2345**
**www.elections.ri.gov**

# SCHEDULE OF CONTRIBUTIONS RECEIVED (CF-3)

Time Stamp (For Office Use Only)

| Key # | Full Name of Candidate, PAC or Party Committee | Amended Report | Reporting Period |
|---|---|---|---|
| 4420 | PROVIDENCE CHAMBER PAC | Yes No | From: 4/?/04 To: 12/31/04 |

| Item # | Transaction Type Code (see back for list of codes) | Contribution Type Code (see back for list of codes) | Receipt Date | Deposit Date | Contribution Amount |
|---|---|---|---|---|---|
| 1 | INDIVIDUAL | CHECK | 12-8-04 | | $ 250.00 |

In-kind/Other Contribution Receipts Description:

**Contributor Information** / **Employer Data**

| Prefix | First Name | MI | Last Name of PAC/Party Committee Name | Suffix | Employer Name |
|---|---|---|---|---|---|
| | JOHN | F | CORRIGAN | | ADLER POLLOCK & SHEEHAN, PC |

| Street Address | Employer Street Address |
|---|---|
| 185 TANGLEWOOD DRIVE | ONE CITIZENS PLAZA |

| City/Town | State | Zip Code | Employer City/Town | State | Zip Code |
|---|---|---|---|---|---|
| EAST GREENWICH | R.I. | 02818 | PROVIDENCE | R.I. | 02903 |

| Item # | Transaction Type Code | Contribution Type Code | Receipt Date | Deposit Date | Contribution Amount |
|---|---|---|---|---|---|
| 2 | Check | INDIVIDUAL | 12-3-04 | | $ 250.00 |

In-kind/Other Contribution Receipts Description:

**Contributor Information** / **Employer Data**

| Prefix | First Name | MI | Last Name of PAC/Party Committee Name | Suffix | Employer Name |
|---|---|---|---|---|---|
| | Thomas | M | Ryan | | CVS |

| Street Address | Employer Street Address |
|---|---|
| 135 CLIFF DR | 1 CVS DRIVE |

| City/Town | State | Zip Code | Employer City/Town | State | Zip Code |
|---|---|---|---|---|---|
| NARRAGANSETT | R.I. | 02882 | WOONSOCKET | R.I. | 02895 |

| Item # | Transaction Type Code | Contribution Type Code | Receipt Date | Deposit Date | Contribution Amount |
|---|---|---|---|---|---|
| 3 | Check | PAC CHECK/INDIVIDUAL | 11-29-04 | | $ 200.00 |

In-kind/Other Contribution Receipts Description:

**Contributor Information** / **Employer Data**

| Prefix | First Name | MI | Last Name of PAC/Party Committee Name | Suffix | Employer Name |
|---|---|---|---|---|---|
| | CHARLES | | ROSSI | | FEDS MARKET |

| Street Address | Employer Street Address |
|---|---|
| 34 HIGHLAND ST. | OAKLAWN AVE. |

| City/Town | State | Zip Code | Employer City/Town | State | Zip Code |
|---|---|---|---|---|---|
| CRANSTON | R.I. | 02920 | CRANSTON | R.I. | 02920 |

| Item # | Transaction Type Code | Contribution Type Code | Receipt Date | Deposit Date | Contribution Amount |
|---|---|---|---|---|---|
| 4 | PAC | PAC | 12-1-04 | | $ 200.00 |

In-kind/Other Contribution Receipts Description:

**Contributor Information** / **Employer Data**

| Prefix | First Name | MI | Last Name of PAC/Party Committee Name | Suffix | Employer Name |
|---|---|---|---|---|---|
| | | | UNITED HEALTH CARE PAC | | UNITED HEALTH CARE |

| Street Address | Employer Street Address |
|---|---|
| 475 KILVERT ST | 475 KILVERT ST. |

| City/Town | State | Zip Code | Employer City/Town | State | Zip Code |
|---|---|---|---|---|---|
| WARWICK | R.I. | 02886 | WARWICK | R.I. | 02886 |

PAGE NO: ___ OF ___ PAGE TOTAL $ 900.00

CF-3 Rev. 04/04

*Please see reverse side for instructions on how to complete this form.*

**State of Rhode Island and Providence Plantations**
**Board of Elections**
Campaign Finance Unit
50 Branch Avenue, Providence, Rhode Island 02904
Telephone No. (401) 222-2345
www.elections.ri.gov

RHODE ISLAND BOARD OF ELECTIONS 2005 APR 20 AM 9:23

Time Stamp (For Office Use Only)

## SUMMARY OF CAMPAIGN ACTIVITY (CF-2)

| | |
|---|---|
| Full Name of Candidate, Officeholder, Political Party Committee, or Political Action Committee (PAC): PROVIDENCE CHAMBER OF COMMERCE 'PAC' | Organization Key #: 4120 |
| Street Address: 36 EXCHANGE TERRACE | City/Town, State and Zip Code: PROVIDENCE, R.I. 02903 |
| Mailing Address (if different): | City/Town, State and Zip Code: |
| Telephone Number: (401) 621-6106 | Daytime Telephone Number: |
| Fax Number: 751-2434 | E-mail Address: PdeRoche@ProvChamber.com |

Reporting Period (Dates): Period Beginning: JANUARY 1, 2005 Period Ending: MARCH 30, 2005

Amended Report: Yes No

### Summary of Activity for Reporting Period

| | |
|---|---|
| 1. Beginning Cash Balance | $ 10,417.41 |
| 2. Cash Receipts | |
| a. Contributions From: | |
| 1. Individuals | $ |
| 2. Political Parties | $ |
| 3. Political Action Committees | $ |
| 4. Loan Proceeds | $ |
| 5. Payroll Check Off (PAC's Only) | $ |
| b. Other Receipts | $ |
| | $ |
| | $ |
| 3. Total Cash Available (Add Lines 1 + 2a + 2b) | $ |
| 4. Cash Disbursements | |
| a. Campaign Expenses | $ |
| b. Repayment of Loans | $ |
| c. Other Disbursements | $ |
| 'PAC' MEMBERS MEETING | $ 1,090.53 |
| | $ |
| DONATIONS | $ 5,325.00 |
| 5. Ending Cash Balance (Line 3 - 4a - 4b - 4c) | $ 4,001.88 |
| 6. Report of In-Kind Contributions | $ |

### Campaign Fund Status

**Assets**

| | |
|---|---|
| 7. Cash (Enter Amount from Line 5) | $ 4,001.88 |
| 8. Other Assets | $ |
| | $ |
| | $ |
| 9. Total Assets (Add Lines 7 + 8) | $ 4,001.88 |

**Liabilities and Fund Balance**

| | |
|---|---|
| 10. Liabilities | |
| a. Accounts Payable | $ |
| b. Loans Payable | $ |
| c. Other Liabilities | $ |
| | $ |
| | $ |
| | $ |
| 11. Total Liabilities (Add Lines 10a+10b+10c) | $ |
| 12. Total Fund Balance (Line 9 – Line 11) | $ |
| 13. Total Funds Available (Line 5 – Line 11) | $ 4,001.88 |

I hereby certify that this report of campaign contributions and expenditures and the supporting documents are complete, true and correct.

x Paul T. DeRoche — Signature of Person Completing Report
3/30/05 — Date

PAUL T. DeRoche — Print Name of Person Completing Report
V.P. GOVT. RELATIONS — Title of Person Completing Report

*Please see reverse side for instructions on how to complete this form.*

**State of Rhode Island and Providence Plantations**
**Board of Elections**
Campaign Finance Unit
50 Branch Avenue, Providence, Rhode Island 02904
Tel. (401) 222-2345
www.elections.ri.gov

# SCHEDULE OF EXPENDITURES (CF-4)

Time Stamp (For Office Use Only)

| Key # | Full Name of Candidate, PAC or Party Committee | Amended Report | Reporting Period |
|---|---|---|---|
| 4180 | PROV. CHAMBER OF COMMERCE PAC | Yes No | From: 01/05 To: 3/31/05 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1501 | 1-11-05 | 1-11-05 | CAMPAIGN | LUNCH MEETING | $ 1090.53 |

Purpose of Expenditure: FOOD + BEVERAGES

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | UNIVERSITY CLUB | | | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 219 BENEFIT ST. | PROVIDENCE | R.I. | 02903 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1001 | 2-3-05 | 2-3-05 | CAMPAIGN | DONATION | $ 1000.00 |

Purpose of Expenditure: FUND-RAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | WILLIAM MURPHY | J. | MURPHY | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 390 WAKEFIELD ST. | WEST WARWICK | R.I. | 02893 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1002 | 2-11-05 | 2-11-05 | CAMPAIGN | DONATION | $ 1000.00 |

Purpose of Expenditure: FUND-RAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | Joseph | A. | MONTALBANO | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 10 GALE COURT | No. PROVIDENCE | R.I. | 02904 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1003 | 3-2-05 | 3-2-05 | CAMPAIGN | DONATION | $ 200.00 |

Purpose of Expenditure: FUND-RAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | ROBERT | A | WATSON | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 1130 So. Pierce Road | EAST GREENWICH | R.I. | 02818 |

PAGE NO: 1 OF 3 PAGE TOTAL $ [illegible]

*Please see reverse side for instructions on how to complete this form.*

**State of Rhode Island and Providence Plantations**
**Board of Elections**
Campaign Finance Unit
50 Branch Avenue, Providence, Rhode Island 02904
Tel. (401) 222-2345
www.elections.ri.gov

# SCHEDULE OF EXPENDITURES (CF-4)

Time Stamp (For Office Use Only)

| Key # | Full Name of Candidate, PAC or Party Committee | Amended Report | Reporting Period |
|---|---|---|---|
| 4120 | PROVIDENCE CHAMBER PAC | Yes No | From: 1/1/05 To: 3-31-05 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1004 | 3-1-05 | 3-1-05 | CAMPAIGN | DONATIONS | $ 500.00 |

Purpose of Expenditure: FUND-RAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | GORDON | D. | FOX | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 146 WOODBINE ST. | PROVIDENCE | R.I. | 02906 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1005 | 3-10-05 | 3-10-05 | CAMPAIGN | DONATIONS | $ 225.00 |

Purpose of Expenditure: FUND-RAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | PETER | T. | GINAITT | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 177 HOPE ST. | WARWICK | R.I. | 02889 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1006 | 3-15-05 | 3-15-05 | CAMPAIGN | DONATION | $ 100.00 |

Purpose of Expenditure: FUND-RAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | ARTHUR | | HANDY | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 26 WELFARE AVE. | CRANSTON | R.I. | 02910 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 107 | 3-18-05 | 3-18-05 | CAMPAIGN | DONATION | $ 100.00 |

Purpose of Expenditure: FUNDRAISER

**Payee Information**

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | FRANK | T. | CAPRIO | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 29 JONES | PROVIDENCE | R.I. | 02903 |

PAGE NO: 2 OF 3 PAGE TOTAL [illegible]

*Please see reverse side for instructions on how to complete this form.*

**State of Rhode Island and Providence Plantations**
**Board of Elections**
Campaign Finance Unit
50 Branch Avenue, Providence, Rhode Island 02904
Tel. (401) 222-2345
www.elections.ri.gov

# SCHEDULE OF EXPENDITURES (CF-4)

Time Stamp (For Office Use Only)

| Key # | Full Name of Candidate, PAC or Party Committee | Amended Report Yes No | Reporting Period From: To: |
|---|---|---|---|
| | | | |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1008 | 3-18-05 | 3-18-05 | CAMPAIGN | DONATION | $ 800.00 |

Purpose of Expenditure: FUNDRAISER

Payee Information

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | CHARLENE | | LIMA | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 455 LAUREL HILL AVE. | CRANSTON | R.I. | 02920 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1009 | 3-18-05 | 3-18-05 | CAMPAIGN | DONATION | $ 500.00 |

Purpose of Expenditure: FUNDRAISER

Payee Information

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| M. | TERESA | | PAIVA-WEED | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 43 THURSTON AVE. | NEWPORT | R.I. | 8840 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1010 | 3-18-05 | 3-18-05 | CAMPAIGN | DONATION | $ 500.00 |

Purpose of Expenditure: FUND-RAISER

Payee Information

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | ELIZABETH | H | ROBERTS | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| 254 NORWOOD AVE. | CRANSTON | R.I. | 02905 |

| Check # | Expenditure Date | Payment Date | Disbursement Type (See back for list of codes) | Expenditure Type (See back for list of codes) | Expenditure Amount |
|---|---|---|---|---|---|
| 1011 | 3-21-05 | 3-21-05 | CAMPAIGN | DONATION | $ 100.00 |

Purpose of Expenditure: FUNDRAISER

Payee Information

| Prefix | First Name | MI | Last Name or Vendor Name | Suffix |
|---|---|---|---|---|
| | RAYMOND | | CHURCH | |

| Street Address | City/Town | State | Zip Code |
|---|---|---|---|
| | | R.I. | |

PAGE NO: 3 OF 3 PAGE TOTAL $ 1800.00

CF-4 Rev. 04/04