UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE
AMERICAN CIVIL LIBERTIES UNION, INC.;
STEVEN BROWN, Individually and in
his capacity as Executive Director
of Rhode Island Affiliate,
American Civil Liberties Union;
GREATER PROVIDENCE CHAMBER OF
COMMERCE

v. CA No. 04-487-T

ROGER BEGIN, in his official
capacity as Chairman of the
Rhode Island Board of Elections,
et al.

**ORDER SETTING DEADLINE FOR ANSWER**

On October 28, 2005, notice was given to the State of Rhode Island that this action involved a challenge to the constitutionality of a State statute and inviting the State of Rhode Island to appear and defend.

It is hereby ORDERED that, if the State wishes to appear and defend, it shall file its response no later than January 11, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Dec. 16, 2005