**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AFFILIATE,**
**AMERICAN CIVIL LIBERTIES**
**UNION, INC. and STEVEN BROWN,**
**Individually and in his capacity as Executive**
**Director of Rhode Island Affiliate, American**
**Civil Liberties Union, Inc.,**
**Plaintiffs**

**v.** **C.A. No. 04-487T**

**ROGER N. BEGIN, in his Official Capacity**
**As Chairman of the Rhode Island Board of**
**Elections, and THOMAS V. IANNITTI,**
**JUDITH H. BAILEY, JOHN A. DALUZ,**
**FLORENCE G. JOHNSON, FRANK J. REGO,**
**RAYMOND A. XAVIER in their capacities**
**As Commissioners of the Rhode Island Board**
**Of Elections and GEORGE BOWEN, in his**
**Official Capacity as Acting Executive Director**
**Defendants**

**ENTRY OF APPEARANCE AS AMICUS CURIAE**

Now come Patrick C. Lynch, Attorney General of the State of Rhode Island (the "Attorney General",) and hereby enters his appearance as *amicus curiae* in this civil action that draws into question the constitutionality of certain sections of the Rhode Island Campaign Contributions and Expenditures Reporting Act, R. I. General Laws § 17-25-1 et seq. (the "Act").

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of this Entry of Appearance as Amicus Curiae on this 16th day of December, 2005 to:

**Howard A. Merten, Esquire**
**Michael W. Sweeney, Esquire**
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

**James Ryan, Esquire**
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

**Raymond A. Marcaccio, Esquire**
**Christine M. Curley, Esquire**
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903