**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate American Civil Liberties Union, Inc.** *Plaintiffs* | : | |
| **Vs.** | : | **C.A. No. 04-487T** |
| **ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director** *Defendants* | : | |

**JOINT RESPONSE TO MOTION TO INTERVENE**

Plaintiffs Rhode Island Affiliate American Civil Liberties Union, Inc. and Steven Brown have no objection to the Motion of Patrick C. Lynch, Attorney General for the State of Rhode Island, to intervene as amicus curiae in this matter.

In the interest of expediting resolution of this matter, Plaintiff-Intervenor The Greater Providence Chamber of Commerce and Defendants have authorized Plaintiffs to report to the Court that they likewise have no objections to the Motion to Intervene.

RHODE ISLAND AFFILIATE,
AMERICAN CIVIL LIBERTIES UNION
AND STEVEN BROWN, INDIVIDUALLY
AND IN HIS CAPACITY AS EXECUTIVE
DIRECTOR OF RHODE ISLAND
AFFILIATE, AMERICAN CIVIL
LIBERTIES UNION, INC.,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT RESPONSE TO MOTION TO INTERVENE was mailed, postage prepaid, on this 16th day of December, 2005 to:

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

James W. Ryan, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

832202_1/800056-2