**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.,**
**Plaintiffs**

**v.** **C.A. No. 04-487T**

**ROGER N. BEGIN, in his Official Capacity As Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER in their capacities As Commissioners of the Rhode Island Board Of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director**
**Defendants**

**MOTION TO INTERVENE AS AMICUS CURIAE**

Now come Patrick C. Lynch, Attorney General of the State of Rhode Island (the "Attorney General",), and pursuant to 28 U.S.C. § 2403, Rule 24 of the Federal Rules of Civil Procedure and the Court Order Directing Certification of Constitutional Challenge to the Attorney General dated October 28, 2005, hereby moves to intervene as *amicus curiae* in this civil action that draws into question the constitutionality of certain sections of the Rhode Island Campaign Contributions and Expenditures Reporting Act, R. I. General Laws § 17-25-1 et seq. (the "Act").

In support hereof, Defendants submit the accompanying Memorandum of Law.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/3/06

WHEREFORE, the Attorney General respectfully request that the Motion to Intervene as *amicus curiae* be granted, and such other and further relief as justice may require.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
(401) 274-4400 ext. 2296
FAX: (401) 222-2995

## CERTIFICATION

I hereby certify that I hand-delivered a true copy of this Motion to Intervene as Amicus Curiae on this 16th day of December, 2005 to:

**Howard A. Merten, Esquire**
**Michael W. Sweeney, Esquire**
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

**James Ryan, Esquire**
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

**Raymond A. Marcaccio, Esquire**
**Christine M. Curley, Esquire**
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903