David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
**District of Rhode Island**

Paulette J. Dube
Chief Deputy Clerk

## Invitation to Seek Permission to File *Amicus Curiae* Brief

The case of R.I. Affiliate American Civil Liberties Union, et al. v. Roger N. Begin, et al., Civil Action No. 04-487-T, which has been filed in the United States District Court for the District of Rhode Island, challenges the constitutionality of several provisions of Title 27, Chapter 25 of the General Laws of Rhode Island that limit and/or require reporting of contributions and/or expenditures made for the purpose of advocating the approval or rejection of ballot questions submitted to the voters. Among the issues raised are whether non-profit corporations may make such contributions; whether the amounts of such contributions may be limited and whether and to what extent the identities of those making expenditures and contributions must be reported.

If you have an interest in the issues raised and would like to present your views in order to assist the Court in properly resolving them, you are invited to file a motion for permission to submit an *Amicus Curiae* brief. Before filing such a motion, you may wish to review the pleadings and the memoranda filed by the parties for the purpose of determining whether your views already have been adequately expressed. Those documents may be obtained from the Clerk's office or on the Court's website (www.rid.uscourts.gov) from which they may be downloaded.

In order to ensure that these issues are resolved expeditiously, any motions for leave to submit *Amicus Curiae* briefs must be filed no later than January 20, 2006. The briefs, themselves, would be due no later than February 21, 2006.

Copies of any such motions and/or briefs should be served on the following counsel for the parties:

One Exchange Terrace ••Federal Building and Courthouse ••Providence, RI 02903 ••Tel: (401) 752-7200 ••Fax: (401) 752-7247

Plaintiff RI ACLU:

Howard A. Merten, Esq.
Partridge, Snow & Hahn, LLP
180 South Main St.
Providence, RI 02903

Plaintiff Greater Providence Chamber of Commerce

James W. Ryan
Partridge, Snow & Hahn, LLP
180 South Main St.
Providence, RI 02903

Defendants:

Raymond A. Marcaccio, Esq.
55 Dorrance St., Suite 400
Providence, RI 02903

Intervenor:

Thomas A. Palombo, Asst. Attorney General
Dept. Of Attorney General
150 South Main St.
Providence, RI 02903

DAVID A. DIMARZIO
CLERK OF COURT

January 6, 2006