UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc. | |
| V. | C. A. NO: 04-487-T |
| ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH A. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director | |
| V. | |
| THE GREATER PROVIDENCE CHAMBER OF COMMERCE | |

**MOTION FOR LEAVE**
**TO SUBMIT AMICUS CURIAE BRIEF**

Now comes Common Cause of Rhode Island seeking leave to submit an Amicus Curiae brief in the above-captioned matter. Common Cause of Rhode Island submits the accompanying memorandum in support of this motion.

Common Cause of Rhode Island
By its Attorney,

Thomas R. Bender

Thomas R. Bender, Esq. #2799
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040

**PROOF OF SERVICE**

I hereby certify that on this 20 day of January, 2006, I mailed a true and exact copy of the within *Motion for Leave to Submit Amicus Curiae Brief* to **Howard A. Merton, Esq.**, PARTRIDGE, SNOW & HAHN, LLP, 180 South Main Street, Providence, RI 02903; **James W. Ryan**, PARTRIDGE, SNOW & HAHN, LLP, 180 South Main Street, Providence, RI 02903; **Raymond A. Marcaccio, Esq.**, 55 Dorrance Street, Suite 400, Providence, RI 02903; and **Thomas A. Palumbo, Assistant Attorney General**, DEPARTMENT OF ATTORNEY GENERAL, 150 South Main Street, Providence, RI 02903.

Thomas R. Bender
of Hanson Curran LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc. | |
| V. | C. A. NO: 04-487-T |
| ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH A. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director | |
| V. | |
| THE GREATER PROVIDENCE CHAMBER OF COMMERCE | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE**
**TO SUBMIT AMICUS CURIAE BRIEF**

Common Cause of Rhode Island is a non-profit, non-partisan organization formed for the purpose of, and dedicated to, ensuring effective, open, ethical and accountable government processes that promote representative democracy. With a professional staff of only three - - an Executive Director, an Associate Director and a Research Director - - it is essentially a volunteer organization that endeavors to educate and mobilize citizens to act on important issues concerning the operation and structure of government.

A vital aspect of its mission is "ballot question advocacy", that is, actively advocating for or against ballot questions and referenda affecting both government structure and operation, as well as citizen participation in governing. When engaged in ballot advocacy, Common Cause frequently works in coalition, formally or informally, with other persons or organizations having similar goals and positions with respect to the question at issue.

A significant issue presented in this matter is the provision of the Rhode Island Campaign Contributions and Expenditures Reporting Act that makes it a crime to knowingly "act[ ] in concert with any other person or group, . . . to advocate the approval or rejection of any [ballot] question[.]" R.I.G.L. §17-25-10.1(b); R.I.G.L. §17-25-13(a). Since that provision potentially diminishes the ability of non-profit advocacy organizations to associate with other like-minded individuals and organizations, and effectively work for or against important ballot questions, Common Cause of Rhode Island seeks leave to participate in this litigation as Amicus Curiae.

For the above-stated reasons, movant Common Cause of Rhode Island respectfully asks this Court to grant leave for it to participate in this action by way of Amicus Curiae brief.

Common Cause of Rhode Island
By its Attorney,

Thomas R. Bender

Thomas R. Bender, Esq. #2799
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040

**PROOF OF SERVICE**

I hereby certify that on this 20 day of January, 2006, I mailed a true and exact copy of the within *Memorandum in Support of Motion for Leave to Submit Amicus Curiae Brief* to **Howard A. Merton, Esq.**, PARTRIDGE, SNOW & HAHN, LLP, 180 South Main Street, Providence, RI 02903; **James W. Ryan**, PARTRIDGE, SNOW & HAHN, LLP, 180 South Main Street, Providence, RI 02903; **Raymond A. Marcaccio, Esq.**, 55 Dorrance Street, Suite 400, Providence, RI 02903; and **Thomas A. Palumbo, Assistant Attorney General**, DEPARTMENT OF ATTORNEY GENERAL, 150 South Main Street, Providence, RI 02903.

Thomas R. Bender
of Hanson Curran LLP