**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET AL.<br>Plaintiffs<br><br>v.<br><br>ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL.<br>Defendants<br><br>GREATER PROVIDENCE CHAMBER OF COMMERCE,<br>Intervener | : | C.A. No. 04-487/T |

**Motion for Leave to File**
***Amicus Curiae* Brief in Support of Plaintiffs**

The Rhode Island Foundation and United Way of Rhode Island respectfully request the Court's permission to file an *amicus curiae* brief in support of the Plaintiffs' position in the above-captioned matter.

In support of this motion, the Rhode Island Foundation and United Way rely on the accompanying Memorandum.

RHODE ISLAND FOUNDATION and
UNITED WAY OF RHODE ISLAND
By Their Attorneys,

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: January 20, 2006

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Howard A. Merten, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 | James W. Ryan, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 |
| Thomas A. Palombo, Esq.<br>Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>274-4400<br>Fax: 222-2995 | Christine M. Curley, Esq.<br>275 Beacon Drive<br>North Kingstown, RI 02852<br>294-0847 |
| Raymond A. Marcaccio, Esq.<br>55 Dorrance Street<br>Suite 400<br>Providence, RI 02903<br>861-2900<br>Fax: 861-2922 | |

I certify that I mailed a copy of this Motion for Leave to File an *Amicus* Brief to the above named counsel of record on the 20th day of January, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET AL. Plaintiffs | : | |
| v. | : | |
| ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL. Defendants | : | C.A. No. 04-487/T |
| GREATER PROVIDENCE CHAMBER OF COMMERCE, Intervener | : | |

**The Rhode Island Foundation and United Way of Rhode Island's Memorandum in Support of Their Motion for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs**

The Rhode Island Foundation ("RI Foundation") and United Way of Rhode Island ("United Way") respectfully request the Court's permission to file an *amicus curiae* brief in support of the Plaintiffs' position in the above-captioned matter.

The outcome of this litigation will affect important interests of the RI Foundation and United Way that are distinct from those of the Plaintiff, the Rhode Island Affiliate of the American Civil Liberties Union ("ACLU"). With an *amicus curiae* brief from these parties, the Court will have additional information and a unique perspective that will contribute to a more complete understanding of the consequences that the Court's decision will have on some of Rhode Island's most impoverished individuals and disadvantaged communities.

## I. The RI Foundation and United Way are philanthropic organizations concerned with helping impoverished individuals and disadvantaged communities.

The RI Foundation is a non-profit, philanthropic organization. Its activities focus on making connections between private charitable sources and projects beneficial for the public good. These activities range from gender-equality initiatives to community development and affordable housing. To ensure the success of these ambitious programs, the RI Foundation works closely with other non-profit organizations.

United Way of Rhode Island is a non-profit, philanthropic organization that is focused on reducing the number of people in need. Its activities include convening a broad range of community stakeholders to identify priority issues. Solutions are developed and implemented by building partnerships, forging consensus, and leveraging resources. Support provided to numerous individual programs around the state complements this strategic focus.

In pursuing these activities, the RI Foundation and the United Way cooperate and collaborate together, as well as with other charitable non-profit organizations and community groups. An important example is HousingWorks RI. This is a non-profit partnership of over 100 business, government, philanthropic, and community groups in Rhode Island. The RI Foundation and United Way cooperatively chair and staff this partnership. Through advocacy and educational programs, the partners in HousingWorks RI work together to overcome Rhode Island's continuing affordable housing crises.

The United Way has used the collaborative approach that defines HousingWorks RI to mark a transition to a new model of community action. This new model constitutes a more active approach for the United Way, one based on forming broad-based community coalitions, investing in grassroots community organizations, lobbying, and public policy initiatives. The

success of the HousingWorks RI partnership provides United Way and the RI Foundation with a model that is applicable to numerous other United Way and RI Foundation programs.

## II. With the RI Foundation and United Way's *amicus* brief, the Court will gain an important perspective from parties with significant interests in the outcome of the litigation.

An *amicus* brief filed on behalf of the RI Foundation and United Way will provide the Court with a perspective that is not addressed in the ACLU's brief. Concerned with the protection of civil liberties and voting rights, the ACLU brief does not address the effect of the Board of Election's interpretation of R.I.G.L. § 17-25-10 on philanthropic and charitable organizations. As the *amicus* brief will show, the Board's interpretation imposes limitations on the ability of the RI Foundation and United Way to collaborate on ballot initiatives to achieve common goals. And these limitations have had and will continue to have a debilitating effect on the organizations' constituencies.

For example, to assist disadvantaged individuals and communities, the RI Foundation and United Way, through HousingWorks RI, sponsor and support ballot initiatives addressing affordable-housing needs in Rhode Island. The RI Foundation also approved a grant supporting collaborative efforts to advocate for the placement of a voting-rights measure on the ballot in November. The RI Foundation, however, cannot release these funds because the Board of Election's interpretation of R.I.G.L. § 17-25-10 precludes such collaborative actions. Indeed, collaborating on measures to advocate for or against certain ballot initiatives would expose the RI Foundation and United Way to civil and criminal penalties.

## III. Conclusion

For the above-stated reasons, the RI Foundation and United Way ask the Court to grant their Motion for Leave to File an *Amicus Curiae* Brief.

RHODE ISLAND FOUNDATION and
UNITED WAY OF RHODE ISLAND
By Their Attorneys,

Robert G. Flanders
Mitchell R. Edwards /rgf

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: January 20, 2006

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Howard A. Merten, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 | James W. Ryan, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 |
| Thomas A. Palombo, Esq.<br>Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>274-4400<br>Fax: 222-2995 | Christine M. Curley, Esq.<br>275 Beacon Drive<br>North Kingstown, RI 02852<br>294-0847 |
| Raymond A. Marcaccio, Esq.<br>55 Dorrance Street<br>Suite 400<br>Providence, RI 02903<br>861-2900<br>Fax: 861-2922 | |

I certify that I mailed a copy of this Memorandum of Law to the above named counsel of record on the 20th day of January, 2006.

[signature]