**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET AL.
Plaintiffs

v.

ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL.
Defendants

GREATER PROVIDENCE CHAMBER OF COMMERCE,
Intervener

C.A. No. 04-487/T

**Motion for Leave to File**
***Amicus Curiae* Brief in Support of Plaintiffs**

The University of Rhode Island respectfully requests the Court's permission to file an *amicus curiae* brief in support of the Plaintiffs' position in the above-captioned matter.

In support of this motion, the University of Rhode Island relies on the accompanying Memorandum.

UNIVERSITY OF RHODE ISLAND
By Their Attorneys,

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: January 20, 2006

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Howard A. Merten, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 | James W. Ryan, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 |
| Thomas A. Palombo, Esq.<br>Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>274-4400<br>Fax: 222-2995 | Christine M. Curley, Esq.<br>275 Beacon Drive<br>North Kingstown, RI 02852<br>294-0847 |
| Raymond A. Marcaccio, Esq.<br>Oliverio & Marcaccio LLP<br>55 Dorrance Street<br>Suite 400<br>Providence, RI 02903<br>861-2900<br>Fax: 861-2922 | |

I certify that I mailed a copy of this Motion for Leave to File an *Amicus* Brief to the above named counsel of record on the 20th day of January, 2006.

[signature]
______________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET AL.<br>Plaintiffs<br><br>v.<br><br>ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL.<br>Defendants<br><br>GREATER PROVIDENCE CHAMBER OF COMMERCE,<br>Intervener | : | C.A. No. 04-487/T |

**The University of Rhode Island's Memorandum in Support of it Motion for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs**

The University of Rhode Island ("URI") respectfully requests the Court's permission to file an *amicus curiae* brief in support of the Plaintiffs' position in the above-captioned matter.

The outcome of this litigation will affect important interests of URI that are distinct from those of the Plaintiff, the Rhode Island Affiliate of the American Civil Liberties Union ("ACLU"). With an *amicus curiae* brief from URI, the Court will have additional information and a unique perspective that will contribute to a more complete understanding of the consequences that the Court's decision will have on Rhode Island's principal state institution of higher education.

## I. The University of Rhode Island is a state institution of higher education.

The University of Rhode Island is the principal public research and graduate institution in the State of Rhode Island with responsibilities for expanding knowledge, transmitting it, and fostering its application. URI employs over 600 teaching faculty and enrolls over 13,500 undergraduate and graduate students.

## II. With the University of Rhode Island's *amicus* brief, the Court will gain an important perspective from a party with significant interests in the outcome of the litigation.

An *amicus* brief filed on behalf of the University of Rhode Island will provide the Court with a perspective that is not addressed in the ACLU's brief. Concerned with the protection of civil liberties and voting rights, the ACLU brief does not address the effect of the Board of Election's interpretation of R.I.G.L. § 17-25-10 on Rhode Island's primary institution of higher education. As the *amicus* brief will show, the Board's interpretation imposes limitations on the ability of URI to collaborate on ballot initiatives with other URI organizations and entities that have a discrete legal status from the University itself. These limitations have a deleterious effect on the ability of URI to remain a nationally-respected university that is capable of meeting the growing needs of its students, faculty, and the citizens of Rhode Island.

For example, URI needs voter approval for bonds that fund proposed construction and other expansion projects for the University. Funding campaigns to support such ballot initiatives requires URI to solicit donations from various organizations and entities that are affiliated with URI, but which have a discrete legal and operational existence from the University. Such organizations include the URI Foundation, the URI Alumni Association, and the URI Ram Athletic Association. Under the Board of Election's interpretation of R.I.G.L. §

17-25-10, the use of these solicited funds for ballot initiatives is precluded. Indeed, the use of these solicited funds for ballot initiatives would expose URI to civil and criminal penalties.

### III. Conclusion

For the above-stated reasons, the University of Rhode Island asks the Court to grant their Motion for Leave to File an *Amicus Curiae* Brief.

UNIVERSITY OF RHODE ISLAND
By Its Attorneys,

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: January 20, 2006

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Howard A. Merten, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 | James W. Ryan, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 |
| Thomas A. Palombo, Esq.<br>Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>274-4400<br>Fax: 222-2995 | Christine M. Curley, Esq.<br>275 Beacon Drive<br>North Kingstown, RI 02852<br>294-0847 |
| Raymond A. Marcaccio, Esq.<br>Oliverio & Marcaccio LLP<br>55 Dorrance Street<br>Suite 400<br>Providence, RI 02903<br>861-2900<br>Fax: 861-2922 | |

I certify that I mailed a copy of this Memorandum of Law to the above named counsel of record on the 20th day of January, 2006.