UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.

V.

ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH A. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director

V.

THE GREATER PROVIDENCE CHAMBER OF COMMERCE

C. A. NO: 04-487-T

**MOTION FOR LEAVE**
**TO SUBMIT AMICUS CURIAE BRIEF**

Now comes Common Cause of Rhode Island seeking leave to submit an Amicus Curiae brief in the above-captioned matter. Common Cause of Rhode Island submits the accompanying memorandum in support of this motion.

GRANTED. Brief shall be due no later than February 21, 2006.

Ernest C. Torres

Ernest C. Torres, Chief Judge
1/24/06

Common Cause of Rhode Island
By its Attorney,

Thomas R. Bender

Thomas R. Bender, Esq. #2799
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040