FILED
JAN 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET AL.
Plaintiffs

v.

ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL.
Defendants

GREATER PROVIDENCE CHAMBER OF COMMERCE,
Intervener

C.A. No. 04-487/T

**Motion for Leave to File**
***Amicus Curiae* Brief in Support of Plaintiffs**

The University of Rhode Island respectfully requests the Court's permission to file an *amicus curiae* brief in support of the Plaintiffs' position in the above-captioned matter.

In support of this motion, the University of Rhode Island relies on the accompanying Memorandum.

GRANTED. Brief shall be due no later than February 21, 2006.
Ernest C. Torres

Ernest C. Torres, Chief Judge
1/24/06

UNIVERSITY OF RHODE ISLAND
By Their Attorneys,
Robert G. Flanders Jr.
Mitchell Edwards

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: January 20, 2006