# CHAPTER 25.2

## BALLOT QUESTION ADVOCACY AND REPORTING

17-25.2-1 **Short title** - This chapter shall be known and may be cited as the "Rhode Island Ballot Question Advocacy and Reporting Act".

17-25.2-2 **Declaration of policy** - It is declared to be in the public interest and to be the policy of the state to allow greater participation in ballot question advocacy by not requiring the formation of a political action committee to advocate the approval or rejection of a ballot question, while requiring registration and reporting to the Board of Elections to provide the public with sufficient information regarding contributions received and expenditures made to advocate the support or defeat of a ballot question.

17-25.2-3. **Definitions** - As used in this chapter, unless a different meaning clearly appears from the context:

(a) "Ballot question" means any question, charter change, constitutional amendment, referendum or voter initiated petition placed on any state, district, city, town or municipal ballot for a general or special election.

(b) "Ballot question advocacy coalition" means two or more persons combining resources with a cumulative total that exceeds one thousand dollars ($1,000.00) to advocate the support or defeat of a ballot question. For the purposes of this act, a partnership, committee, association, corporation or other organization, shall not be considered a ballot question advocacy coalition provided: 1) it was not formed for the purpose of advocating the support or defeat of a ballot question; 2) it uses existing funds to communicate with existing partners, members or shareholders; 3) it does not request any contribution or expenditures from partners, members or shareholders to advocate the support or defeat of a ballot question. In these circumstances, the

partnership, committee, association, corporation or other organization intending to advocate the support or defeat of a ballot question on behalf of its partners, members or shareholders, is required to comply with ballot advocate reporting requirements.

(c) "Expenditures" shall include the furnishing of or the payment for any media advertising services or products, including, but not limited to, newspapers, radio stations, television stations or electronic mail, general advertising, in brochures, pamphlets and the like, advertising agency services, accounting services, billboards, printing, secretarial services, public opinion polls, or research and professional campaign consultation or management, media production or computer services which advocate a position on a ballot question. A written contract, agreement or promise to make an expenditure, is an expenditure as of the date such contract, expenditure or obligation is made.

(d) "Independent ballot question advocate" means a "person" defined in chapter 25, acting independently and expending money or other things of value, personally from that person's own funds or resources a sum which is not to be repaid, to advocate the support or defeat of a ballot question.

(e) "Membership organization" includes any trade association, cooperative, and corporation without capital stock and a labor organization.

(f) A "person" means any individual, partnership, committee, association, corporation, city, town, or other governmental unit and any other organization.

(g) "Resources" means contributions in the form of money, gifts, loans, paid personal services or other thing of value, including, but not limited to, providing letters, brochures, flyers, handbills, lawn signs, posters, bumper sticker, buttons or other materials for use or distribution

by another partnership, committee, association, corporation, coalition, or other organization intending to advocate the support or defeat of a ballot question.

17-25.2-4 **Registration of ballot question advocacy coalition** - In the event that an entity satisfies the definition set forth in § 17-25.2-3(d), it shall not accept any funds or make any expenditures to advocate the approval or rejection of any ballot question, without first filing a notice of organization with the Board that contains the following information:

(1) The name, address and contact information of the ballot question advocacy coalition, the form of organization and the date of origin, establishment or incorporation;

(2) The name, address and contact information of the treasurer, designated by the ballot question advocacy coalition. Only the designated treasurer or duly appointed deputy treasurer are authorized to accept contributions or make expenditures on behalf of the ballot question advocacy coalition, who shall be personally liable for any fines imposed for violations related to filing reports, pursuant to this chapter.

(3) The name, address and title of all officers who represent to the public as a member of a ballot question advocacy coalition.

(4) The name and address of the depository institution in the state of Rhode Island in which a single checking account has been established for the funds of the ballot question advocacy coalition.

(5) The ballot question(s) which the ballot question advocacy coalition seeks to advocate, a statement of the position of the coalition, support or opposition with respect to the ballot question.

(c) Every ballot question advocacy coalition shall amend its notice of organization if there is a change in any names or addresses previously listed.

17-25.2-5 **Ballot question advocacy coalition contributions** - (a) A ballot question advocacy coalition may receive, pay and expend money or other things of value solely for the purpose of favoring or opposing the adoption or rejection of a ballot question submitted to the voters. A ballot question advocacy coalition shall not contribute to any other political committee, except that it may contribute to another ballot question advocacy coalition if such contribution is consistent with the purpose for which it was organized.

(b) A ballot question advocacy coalition shall not make any expenditure that is for the personal use of any candidate or other person, nor shall it make any expenditure inconsistent with the purpose for which it was organized. Contributions received for purposes other than for which the ballot question advocacy coalition was organized shall be returned to the donor. A ballot question advocacy coalition shall not receive, pay, or expend money or other things of value for the purpose of influencing the nomination or election of a candidate or for the purpose of aiding, promoting, or opposing the interest of any political party.

(c) Any anonymous contribution received by a ballot question advocacy coalition or its treasurer, shall not be used or expended, but shall be returned to the donor, if the donor's identity can be ascertained; if not, the contribution shall escheat to the state.

17-25.2-6 **Reporting by independent ballot question advocates** - (a) Independent ballot question advocates are not required to register by filing a notice of organization with the Board of Elections. Nothing in this section shall be construed to limit the total amount of monies expended by an independent ballot question advocate.

(b) Every independent ballot question advocate spending a cumulative total that exceeds one thousand dollars ($1,000.00) for the purpose of advocating the approval or rejection of any ballot question, shall report each such expenditure to the Board on a form prescribed by the

Board no later than seven (7) days after the expenditure bringing the aggregate total in excess of one thousand dollars ($1,000.00) is made. Thereafter, a report shall be filed with the Board no later than seven (7) days after each subsequent expenditure is made; provided if the election for the ballot question is to be held less than seven (7) days from the expenditure, the expenditure must be reported prior to the election date. The report must include the name, address, contact information, and, if applicable, place of employment of the person filing the report, the name and address of the person or entity receiving the expenditure, the amount and purpose of each expenditure, and the total amount of expenditures made, as of that date, by that person during the calendar year.

17-25.2-7 **Reporting by ballot question advocacy coalition** – (a) Nothing in this section shall be construed to limit the total amount of monies contributed to or expended by a ballot question advocacy coalition.

(b) Every ballot question advocacy coalition registered with the Board of Elections must file periodic reports setting forth the name, and address of the person filing the report, the name, address and, if applicable, the place of employment of every person contributing in excess of one hundred dollars ($100) to the ballot question advocacy coalition, the amount contributed by each person or source, every expenditure by the coalition, the name and address of the person or entity receiving each expenditure, the amount of each expenditure, and the total amount of expenditures made by the coalition as of the last report date.

(c) The first report must be filed by a ballot question advocacy coalition for the period beginning from the date of registration and ending the last day of the first full month following registration, to be filed with the Board no later than seven (7) days after the end of the month. A ballot question advocacy coalition must thereafter file monthly reports with the Board no later

than seven (7) days after the end of the month; provided that in lieu of filing for the last full month preceding the ballot question election, a report must be filed no later than seven (7) days before the election.

(d) A ballot question advocacy coalition must file a final report of contributions received and expenditures made for the support or defeat of a ballot question, no later than thirty (30) days after the ballot question election. All reports filed with the Board must be received by the Board no later than 4:00 p.m. on the due date. Concurrent with the final report, a ballot question advocacy coalition must certify to the Board that the coalition having been organized for the purposes set forth in its notice of organization has been concluded and dissolved by filing a notice of dissolution.

(e)(1) The Board may, for good cause shown and upon receipt of a written or electronic request, grant a seven (7) day extension for filing a report; provided that the request must be received no later than the date upon which the report is due to be filed, and further if the election for the ballot question is to be held less than seven (7) days from the report due date, the report must be filed prior to the election date.

(2) Any ballot question advocacy coalition required to file reports with the Board of Elections pursuant to this section and who has not filed the report by the required date, unless granted an extension by the Board, shall be fined twenty-five dollars ($25.00). Notwithstanding any of the provisions of this section, the Board of Elections shall have the authority to waive late filing fees for good cause shown.

(3) The Board of Elections shall send a notice of noncompliance, by certified mail, to the ballot question advocacy coalition who fails to file the reports required by this section. A coalition that has been sent a notice of noncompliance and fails to file the required report within

seven (7) days of the receipt of the notice shall be fined two dollars ($2.00) per day from the date of the receipt of the notice of noncompliance until the day the report is received by the Board. Notwithstanding any of the provisions of this section, the Board shall have the authority to waive late filing fees for good cause shown.

17-25.2-8 **Monies not expended on ballot measure.** Any monies that have been contributed to a ballot question advocacy coalition that have not been expended in connection with the intended purpose of the contributor due to the cessation of ballot question advocacy activity by said coalition, shall be deposited in the fund established by the state for public information and education regarding the election process.

17-25.2-9 **Disclosure of true origin of contributions required** - No person shall, directly or indirectly, make a contribution to a ballot question advocacy coalition in any name except its own nor in any manner for the purpose of disguising the true origin of the contribution. No person, trust, foundation or association shall make a contribution to a ballot question advocacy coalition, unless at the time such contribution is made there is also made known to the person receiving such contribution, the names and addresses of its principle officers.

17-25.2-10 **Duties and powers of the Board of Elections** - The Board of Elections is authorized to perform any duties that are necessary to implement the provisions of this chapter. Without limiting the generality of this provision, the Board is authorized and empowered to undertake all actions set forth in § 17-25-5.

17-25.2-11 **Penalties for violation** - (a) Whenever the Board of Elections has reason to believe that an independent ballot question advocate, ballot question advocacy coalition, a person or membership organization has willfully and knowingly made a false statement in any registration or report required under this chapter or failed to file any report, or has otherwise

violated this chapter, the Board may, in addition to all other actions authorized by law, request the attorney general to bring an action in the name of the state of Rhode Island in the superior court against the person and/or coalition to enjoin them from continuing the violation, or doing any acts in furtherance of the violation, and for any other relief the court deems appropriate. In addition, the court may order the forfeiture of any and all contributions not reported in violation of this chapter.

(b) The court may also impose a civil penalty up to but not exceeding three (3) times the amount of:

(1) Contributions and/or expenditures made or accepted in violation of this chapter; and/or

(2) Contributions or expenditures not reported as required by this chapter.

(c) All funds collected pursuant to this section shall be deposited in the fund established by the state for public information and education regarding the election process.

17-25.2-12 **Severability** - If any provision of this chapter or the application thereof shall for any reason be judged invalid, that judgment shall not affect, impair or invalidate the remainder of the law, but shall be confined in its effect to the provisions or application directly involved in the controversy giving rise to the judgment.

EXPLANATION OF ACT

The purpose for this legislation is to separate the reporting requirements for expenditures on ballot questions from political campaigns.