**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET.AL.<br>Plaintiffs | : | |
| ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET. AL.<br>Defendants | : | C.A. NO. 04-487/T |
| v. | : | |
| GREATER PROVIDENCE CHAMBER OF COMMERCE,<br>Intervenor | : | |

**WITHDRAWAL OF APPEARANCE**

Robert G. Flanders, Jr., Esq. and Mitchell R. Edwards hereby withdraw their appearance on behalf of the University of Rhode Island.

Robert G. Flanders, Jr. (#1785)
Mitchell R. Edwards (#6942)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: February 14, 2006

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Howard A. Merten, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 | James W. Ryan, Esq.<br>Partridge, Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>861-8200<br>Fax: 861-8210 |
| Thomas A. Palombo, Esq.<br>Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>274-4400<br>Fax: 222-2995 | Christine M. Curley, Esq.<br>275 Beacon Drive<br>North Kingstown, RI 02852<br>294-0847 |
| Raymond A. Marcaccio, Esq.<br>55 Dorrance Street<br>Suite 400<br>Providence, RI 02903<br>861-2900<br>Fax: 861-2922 | Thomas R. Bender, Esq.<br>Hanson Curran LLP<br>The Francis Building<br>146 Westminster Street<br>Providence, RI 02903 |

I certify that I mailed a copy of this Withdrawal Stipulation to the above named counsel of record on the 14th day of February, 2006.

Kandy M. Marchand

#695023-P-v1