UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., ET AL. Plaintiffs | : | |
| v. | : | |
| ROGER N. BEGIN, in his official capacity as chairman of the Rhode Island Board of Elections, ET AL. Defendants | : | C.A. No. 04-487/T |
| GREATER PROVIDENCE CHAMBER OF COMMERCE, Intervenor | : | |

**AFFIDAVIT OF ALLAN STEIN**

I, Allan Stein, upon personal knowledge do hereby state and depose as follows:

**The United Way of Rhode Island**

1. I am the Senior Vice President for Public Policy at the United Way of Rhode Island (the "United Way"). I am directly involved in the daily administration of United Way's projects, long-term planning and decision-making.

2. The United Way is a non-profit philanthropic corporation. Since 1926, the United Way has focused on reducing the number of Rhode Islanders in need. The United Way's activities include convening broad coalitions to identify high priority community issues. The United Way collaboratively develops and implements solutions by building partnerships, forging consensus, and leveraging resources with other charitable and community-service organizations. The United Way supports its work in the community through annual solicitation of contributions from the Rhode Island community.

3. Traditionally the United Way functioned as a community service fundraiser. Since 2001 its strategy has included implementing solutions that help people directly and fosters systemic changes through public policy to reduce need in the future. The United Way accomplishes this mission by engaging other non-profit organizations, the private sector, faith-based organizations and various branches and departments of government.

4. Ballot question advocacy, one essential part of this strategy, is only possible through collaborations with other charitable and community organizations. We focus our resources on some of the most prominent social and economic issues in Rhode Island, and therefore we have a compelling interest in supporting relevant ballot initiative campaigns.

**HousingWorks RI**

5. In 2002, the United Way sponsored community-wide Summits involving over 800 Rhode Islanders from all geographic areas of the state and economic and social backgrounds. Based on the findings of those sessions that took place over four days, affordable housing was determined as a critical need for Rhode Island and subsequently identified as a priority focus area for the organization by its Board of Directors.

6. HousingWorks RI is a coalition and statewide policy and public education campaign dedicated to securing quality, affordable homes for all Rhode Islanders. It is currently comprised of over one hundred organizations and individuals, including representatives from the business, non-profit, environmental, faith-based and philanthropic communities.

7. The United Way works closely with the Rhode Island Foundation to address the affordable housing shortage for low-income individuals in Rhode Island through the HousingWorks RI coalition. The Co-Chairs of HousingWorks RI are the Executive Director of Rhode Island Housing, the President/C.E.O. of the United Way, and the President/C.E.O. of the Rhode Island Foundation. The administrative staff and operating funds come directly from the Rhode Island Foundation, the United Way, and Rhode Island Housing.

8. To fund the HousingWorks RI ballot campaign for the $75 million bond to support development of affordable housing, the Rhode Island Foundation and United Way have earmarked hundreds of thousands of dollars for HousingWorks RI to fund this ballot campaign. Section 17-25-10(b) prevents the United Way from making these contributions to HousingWorks RI.

9. Any advertisements supporting the affordable housing ballot question sponsored by the United Way with our partners are similarly prohibited by § 17-25-10(b).

10. The success of this ballot referendum depends on the United Way's ability to collaborate with all of the partners involved with HousingWorks RI. This necessary collaboration is prohibited by the "acting in concert" prohibition in Section 17-25-10(b).

11. The United Way is prohibited from contributing to Political Action Committees. If HousingWorks RI is required to form a PAC to engage in ballot-question advocacy, it would lose funding from one of its largest supporters.

12. I hereby incorporate by reference as if fully set forth herein all paragraphs in the Affidavit of Ari A. Matusiak that refer to the United Way or HousingWorks RI coalition.

I, Allan Stein, hereby certify and declare under the penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Allan Stein

Dated: February 15, 2006

SUBSCRIBED AND SWORN to before me this 15th day of February, 2006.

NOTARY PUBLIC

My Commission Expires: 7-31-06
ID# 39712