UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., ET AL.
Plaintiffs

v.

ROGER N. BEGIN, in his official capacity as chairman of the Rhode Island Board of Elections, ET AL.
Defendants

GREATER PROVIDENCE CHAMBER OF COMMERCE,
Intervenor

C.A. No. 04-487/T

**AFFIDAVIT OF ARI A. MATUSIAK**

I, Ari A. Matusiak, upon personal knowledge do hereby state and depose as follows:

**The Rhode Island Foundation**

1. I am the Director of Strategy for The Rhode Island Foundation (the "RI Foundation"), a non-profit philanthropic corporation serving the Rhode Island community since 1916. I am directly involved in the daily administration of RI Foundation's projects, long-term planning and decision-making.

2. The RI Foundation focuses on creating connections between private charitable sources and projects beneficial to the public good. Our mission includes "partnering" with other charitable and community-based organizations in Rhode Island to make the most effective use of available resources.

3. The RI Foundation's activities range from gender-equality initiatives to community-development and affordable-housing projects. In pursuing these charitable

activities, the RI Foundation cooperates and collaborates with the United Way of Rhode Island (the "United Way"), as well as with many other charitable non-profit organizations and community groups.

4. The RI Foundation supports its community work through the legacy of our donors. The RI Foundation focuses on some of the most prominent social and economic issues in Rhode Island and therefore it has a compelling interest in having the capacity to support ballot initiative campaigns. Given the significance of the ballot question in Rhode Island to determining significant issues of public policy and concern, the capacity to support and advocate for or against ballot referenda with other philanthropic and community-based organizations is an essential part of the RI Foundation's strategy for community impact.

**The Family Life Center of Rhode Island**

5. Last year the General Assembly approved a constitutional referendum question for the November 2006 ballot regarding voting rights for probationers and parolees.

6. The Family Life Center of Rhode Island (the "Family Life Center") is a non-profit, community-based organization leading Rhode Island's "Right to Vote" campaign. This coalition of community organizations, including the Rhode Island Affiliate of the American Civil Liberties Union, focuses on supporting passage of the voting rights constitutional ballot question. The Family Life Center wants to inform voters about the ballot question and support its passage.

7. The Family Life Center received $15,000.00 from the RI Foundation in early 2005 in order to persuade the General Assembly to put the "Right to Vote" question

on the ballot. Subsequent to their success with the General Assembly, the Family Life Center then applied for a grant from the RI Foundation to support its "Right to Vote" campaign. The RI Foundation approved a $79,000 grant, but conditioned the release of the funds on the appropriate relief being obtained from the Court.

8. In their grant application, the Family Life Center proposed a specific timetable for their "Right to Vote" campaign. This timetable is no longer viable because under § 17-25-10(b) the RI Foundation cannot release the funds to the Family Life Center. For example, under the terms of the grant the Family Life Center must consult with us about potential candidates for a campaign manager position. Section 17-25-10(b) prohibits this collaborative activity. Moreover, without the RI Foundation funds, the Family Life Center cannot hire a campaign manager, thereby preventing the campaign for moving forward.

9. The funds from the RI Foundation for the "Right to Vote" campaign are urgently needed because the November 2006 election is fast-approaching. Before securing national grants required for their campaign, the Family Life Center needs local funding. The Family Life Center is depending on the RI Foundation to fund roughly one-third of their campaign. Without immediate access to the RI Foundation's financial support, national charitable organizations will likely not support the Family Life Center and the campaign to support the right to vote will end before it begins.

10. The ability of the Family Life Center to advocate for the voting rights ballot question depends on the ability of the RI Foundation to provide immediate financial support – something it cannot do under the present state of the Rhode Island campaign finance law. There are now over 13,000 disenfranchised Rhode Islanders

living in the community that are directly impacted by the result of the November 2006 voting rights ballot question. We are one of very few organizations in Rhode Island able to provide this level of resources to the Family Life Center.

**HousingWorks RI**

11. The RI Foundation and United Way both have a long track record of supporting affordable housing efforts through charitable contributions. In 2003, however, both institutions realized that their grants alone were not enough to address the scale of the affordable housing crisis in Rhode Island. Dramatic escalations of rent and home prices in Rhode Island created a growing crisis for working families and businesses.

12. Both organizations joined with Rhode Island Housing to convene a dialogue among all the principal stakeholders – business, community advocates, developers, state and local government – about how to best raise awareness about the issues involved and about what approaches would have the greatest long-term ameliorative impact. HousingWorks RI was established in 2004 in response to these efforts.

13. HousingWorks RI is a coalition and statewide policy and public education campaign dedicated to securing quality, affordable homes for all Rhode Islanders. It is currently comprised of over one hundred organizations and individuals, including representatives from the business, non-profit, environmental, faith-based and philanthropic communities.

14. HousingWorks RI is not an independent organization. It exists under the fiduciary umbrella of the RI Foundation and is largely managed by a complement of RI

Foundation and United Way staff. The funds for HousingWorks RI are almost entirely provided by the RI Foundation, United Way and Rhode Island Housing. RI Foundation administers the funds.

15. RI Foundation, United Way and Rhode Island Housing spent the past two years investing considerable resources in this combined effort. They advocated for passage of the Low and Moderate Income Housing Act, funded the development of a State Strategic Housing Plan, supported the Governor in creating the first ever Office of Housing and Community Development, and secured $7.8 million in the 2005 legislative session for affordable housing programs.

16. All of this activity created an organizational infrastructure, brand and voice for HousingWorks RI. It also served the broader interest of developing public understanding that Rhode Island does have a housing crisis that impacts every facet of the community.

17. While our successes to-date are notable, the underlying strategy of the two-year HousingWorks RI enterprise has been to put our collaboration in a position to meaningfully advocate for a significant increase in public investment in housing production. Based on successful campaigns used across the county, the RI Foundation, working with the United Way and Rhode Island Housing, created HousingWorks RI as the vehicle for promoting passage of an affordable housing bond question.

18. The campaign is now in that position. On January 30, 2006 HousingWorks RI announced its 2006 Policy Platform. The centerpiece of this program is a $75 million bond for housing. By taking our case directly to the voters, the campaign

will serve its twofold purpose of public education and securing permanent solutions to an entrenched social and economic problem.

19. If HousingWorks RI's efforts are successful, voters in Rhode Island will decide whether to approve a $75 million bond to facilitate the production of affordable housing. HousingWorks RI is currently working to place this important question on the November 2006 ballot. This is the first of its kind for affordable housing in Rhode Island and, if passed, would be one of the largest voter-approved bonds in Rhode Island history.

20. The financial contributors to HousingWorks RI have appropriated hundreds of thousands of dollars to ensure the campaign's success to advance the HousingWorks RI agenda and to position the campaign for a successful referendum campaign in the fall.

21. The success of this ballot referendum depends on the collaboration and commitment of all partners involved in HousingWorks RI. Sections 17-25-10(b), 17-25-10.1(h),(j), however, prohibit us from moving forward with the ballot question campaign.

22. I hereby incorporate by reference as if fully set forth herein all paragraphs in the Affidavit of Allan Stein that refer to the RI Foundation or HousingWorks RI coalition.

I, Ari A. Matusiak, hereby certify and declare under the penalty of perjury that the foregoing is true and correct based upon my personal knowledge.

Ari A. Matusiak

Dated: February 15, 2006

SUBSCRIBED AND SWORN to before me this 15th day of February, 2006.

NOTARY PUBLIC

My Commission Expires: 7-31-06
ID # 39712