**UNITED STATES OF AMERICA**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET.AL. Plaintiffs | : | |
| v. | : | |
| ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET. AL. Defendants | : | C.A. NO. 04-487/T |
| v. | : | |
| GREATER PROVIDENCE CHAMBER OF COMMERCE, Intervenor | : | |

**ENTRY OF APPEARANCE**
**FOR THE UNIVERSITY OF RHODE ISLAND**

I hereby enter my appearance for and on behalf of the University of Rhode Island and certify pursuant to LR Gen 206 that I am familiar with the case and will be fully prepared to address any matters pending in the case, including trial, without delaying the case.

University of Rhode Island

By: ______________________

Louis J. Saccoccio RI Reg 0685
Office of the General Counsel
University of Rhode Island
Green Hall, 35 Campus Avenue
Kingston, Rhode Island 02881
(401) 874-4486 Office
(401) 874-4803 Fax

Dated: February 20, 2006