EXHIBIT A

# REVISED ACTS AND RESOLVES

PASSED BY THE

# GENERAL ASSEMBLY

OF THE

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

AT THE

## JANUARY SESSION, A.D. 1957

STATE OF RHODE ISLAND, ETC.
DEPARTMENT OF STATE
OFFICE OF THE SECRETARY OF STATE

345.12
R.I.
1957

PROVIDENCE:
THE OXFORD PRESS
1957

EXHIBIT A

(2) maintain a deposit with the general treasurer for the benefit and protection of all its policyholders of at least three hundred thousand ($300,000.00) dollars, in keeping with an "Agreement of deposit and trust" to be executed by said corporation as approved by the insurance commissioner; and provided, further, that any assessment shall be for exclusive benefit of holders of policies subject to liability to assessment, and policyholders subject to assessment shall not be liable to assessment for an amount greater in proportion to the total deficiency than the ratio that the deficiency attributable to the assessable business bears to the total deficiency.

SEC. 7. In addition to any unearned premium, reinsurance or other reserve which may be required by law, said corporation may establish and maintain a surplus reserve against extraordinary losses or other contingencies, by appropriating from time to time such sums as the board of directors may determine.

SEC. 8. Said corporation shall have its principal place of business in the city of Providence.

SEC. 9. This act shall take effect from and after its passage.

---

S 240 Approved May 2, 1957.

AN ACT INCORPORATING THE UNIVERSITY OF RHODE ISLAND FOUNDATION.

*Preamble*

*Whereas,* It is greatly in the public interest to sponsor and encourage private gifts of funds and property to aid

and ass
its obje
of its a
for whi
appropı

*Wher*
tion to
and pro

*It is ena*

SECTI
Davis of
Arthur
Jamesto
Walter ]
a body c
Island I
successo
name fo
be know
tors and
to time,
the publ

SEC. 2
the foun
ing and
Universi
tion shal
hold, inv
care for
given, de

and assist the University of Rhode Island in attaining its objectives, and particularly in connection with such of its activities, and those of its students and faculty, for which adequate provision is not ordinarily made by appropriations from the public funds; and

*Whereas,* To such ends, there is need for an organization to administer gifts, devises and legacies of money and property from private sources;

*It is enacted by the General Assembly as follows:*

SECTION 1. George C. Davis of Providence, Henry E. Davis of Warwick, Charles A. Hall of South Kingstown, Arthur F. Hanley of Warwick, Daniel J. Murray of Jamestown, Frederick C. Tanner of East Greenwich, Walter F. Farrell of Providence, are hereby constituted a body corporate by the name of the University of Rhode Island Foundation, and they and their associates and successors shall be and remain a body corporate by that name forever. The members of the corporation shall be known as trustees and shall consist of the incorporators and such others as the trustees may elect from time to time, either from the alumni of the university or from the public generally.

SEC. 2. Said corporation (hereinafter referred to as the foundation) is created for the purpose of encouraging and providing support from private sources for the University of Rhode Island, and to that end the foundation shall have full power and authority to receive, take, hold, invest, manage, administer, control and generally care for any property, real or personal, which may be given, devised, bequeathed or otherwise conveyed or

made available to the foundation, in trust as a fund for the use and benefit of said university, its students and faculty, as, by way of illustration and not of limitation, for scholarships, loans or other aids to students, teaching, research, fellowships, lectureships, investigation, experimentation or any other purposes beneficial to said university or its students or faculty, and to disburse said property and the net income therefrom through the university for such of the aforesaid uses and purposes as the executive board of the foundation may determine, consistent with the policies of the university established from time to time by the governing body of the university, for which in the opinion of the executive board public funds are not available. The executive board shall respect and be governed by the wishes of the donors, grantors and testators as expressed in the instruments making gifts to the foundation; provided, however, that if the board shall determine that the wishes so expressed are beyond scope of the aforesaid uses and purposes of the foundation, or are unwise or impracticable under conditions that may from time to time exist, the board may apply said property and income to such of the aforesaid uses and purposes of the foundation as the board may determine will carry out such wishes as near as may be, and all gifts to the foundation shall be subject to this proviso. The board may decline any gift or any part thereof given to the foundation which in the opinion of the board will not properly serve the purposes of the foundation. In all cases where gifts are made for special purposes, the foundation may, at the option of the executive board, hold and manage the property so given as a separate fund or may mingle it with other funds hereunder for the purposes

of investment and management, and if mingled with any other fund or funds, the principal or income of such special gift shall thereafter be considered to be that portion of the principal or income of the combined fund as the amount of such special gift shall bear to the total amount of such combined fund.

SEC. 3. The foundation shall be located in the town of South Kingstown, in the state of Rhode Island, shall have a common seal, which it may alter or renew at its pleasure, and may sue and be sued in its corporate name and establish such bylaws as from time to time shall be deemed necessary and expedient. It shall have the power to take and hold in fee simple or any lesser estate, by purchase, gift, grant, bequest, devise or otherwise, and upon such conditions or undertakings as the foundation may deem desirable or necessary, any land, tenements or other estate, real and personal, and to hold, lease, administer, sell and dispose of, transmit and convey the same, and in general to do all acts which in the judgment of the executive board are expedient for the purposes of the foundation. The foundation shall have the powers and privileges and be subject to the duties and responsibilities set forth in all general laws now or hereafter in force not inconsistent herewith which are applicable to corporations organized pursuant to chapter 7-6 of the general laws, as the same may be from time to time amended and supplemented.

SEC. 4. The management and control of the foundation shall be vested in an executive board consisting of the president of the university, the chairman of the board of trustees of state colleges and the president of the University of Rhode Island alumni association, ex

officiis, and sixteen members elected by the trustees of which at least nine shall be former students of the university. At their first meeting the incorporators shall elect the sixteen elective members of the executive board, four of whom shall serve for five years, three for four years, three for three years, three for two years and three for one year, and in each case until their successors are elected. Thereafter at each annual meeting as vacancies on the executive board occur from expiration of term the trustees shall elect members of the executive board who shall serve for five years and until their successors are elected. Vacancies other than from expiration of term may be filled by the remaining members of the executive board. Any member shall be eligible for reelection.

SEC. 5. The first meeting of the incorporators shall be called by notice signed by one or more of them stating the time, place and purpose of the meeting, and mailed to each incorporator at his usual place of residence at least five days before the day appointed for the meeting; provided, however, that the first meeting of incorporators may be held by agreement in writing of all such incorporators without such notice. At the first meeting the incorporators shall organize the foundation by adopting such bylaws and rules and regulations as they shall deem necessary for the election of officers, the admission of new members, the management and safekeeping of the foundation's property, and generally for the conducting of its affairs and the carrying out of the purposes of its organization, by electing the executive board and such other officers as the bylaws of the foundation shall provide, and by taking such other action as they may deem appropriate in the premises.

SEC.
shall in
vidual,
for his
est in t
tivities
ganda,
nor sha
the pub
litical c
office.

SEC.
of its a
ated, sh
any ag
therein.

SEC.

AN ACT
SOUTH
AMOU
MAL I
CATED

*It is en*

SECT
Kingst
26th da
of an a

SEC. 6. No part of the net earnings of the foundation shall inure to the benefit of any trustee or other individual, nor shall any trustee receive any compensation for his services as such or have any right, title or interest in the foundation. No substantial part of the activities of the foundation shall be carrying on propaganda, or otherwise attempting, to influence legislation, nor shall it participate in or intervene in (including the publishing or distributing of statements) any political campaign on behalf of any candidate for public office.

SEC. 7. The foundation, its franchise, income and all of its assets, both real and personal, wheresoever situated, shall be exempt from all taxation by the state and any agency thereof and any municipal corporation therein.

SEC. 8. This act shall take effect upon its passage.

---

AN ACT AUTHORIZING THE TOWN COUNCIL OF THE TOWN OF SOUTH KINGSTOWN TO EXEMPT FROM TAXES TO THE AMOUNT OF $50,000.00 CERTAIN PROPERTIES OF THE ANIMAL RESCUE LEAGUE OF SOUTHERN RHODE ISLAND LOCATED IN SAID TOWN.

S 372
Approved May 1, 1957.

*It is enacted by the General Assembly as follows:*

SECTION 1. The qualified voters of the town of South Kingstown, in financial town meeting assembled the 26th day of March, A. D. 1957, requested the passage of an act exempting permanently from taxation to the