EXHIBIT B
1 OF 2

# UNIVERSITY OF RHODE ISLAND ALUMNI ASSOCIATION

## MISSION STATEMENT:

It is the purpose of the Alumni Association of the University of Rhode Island to promote the interest of the University of Rhode Island, to provide opportunities for the professional, social and intellectual growth of its members and to strengthen their attachment to and financial support to their alma mater.

EXHIBIT B
1 OF 2

**EXHIBIT B**
**2 OF 2**

THE ALUMNI ASSOCIATION OF
THE UNIVERSITY OF RHODE ISLAND
PROPOSED BY LAWS REVISIONS

Adopted, February 25, 1932, by the Incorporators
Amended July 1978
Amended June 1986
Amended June 1988
Amended June 1990
Amended June 1993
Amended December 1999
Amended April 2001
Amended November 2002
Amended September 2004
Amended November 2004
Amended February 2006

ARTICLE I

Organization

1. Corporate Existence. The Alumni Association of the University of Rhode Island is an independent non-profit organization incorporated and existing under the laws of the State of Rhode Island and Providence Plantations. The Alumni Association of the University of Rhode Island is independent and of a separate entity of the University of Rhode Island, and the Alumni Association has all the rights and duties of a corporation lawfully existing under the laws of the State of Rhode Island and Providence Plantations.

2. Internal Affairs. The internal affairs of the Alumni Association of the University of Rhode Island shall be governed by these by laws and its articles of incorporation as filed with the State of Rhode Island.

ARTICLE II

Purpose

1. It is the purpose of the Alumni Association of the University of Rhode Island to promote the interest of the University of Rhode Island, to provide opportunities for the professional, social and intellectual growth of its members and to strengthen their attachment to and financial support to their alma mater.