UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE
AMERICAN CIVIL LIBERTIES UNION, INC.;
STEVEN BROWN, Individually and in
his capacity as Executive Director
of Rhode Island Affiliate,
American Civil Liberties Union;
GREATER PROVIDENCE CHAMBER OF
COMMERCE

          v.                        CA No. 04-487-T

ROGER BEGIN, in his official
capacity as Chairman of the
Rhode Island Board of Elections,
et al.

## ORDER DENYING MOTIONS TO INTERVENE

The motions of the Rhode Island Foundation, the United Way of Rhode Island, and the Family Life Center to intervene as parties' plaintiff is hereby denied for the following reasons:

1. The motions are not timely. It appears that the proposed interveners have been on notice of this case at or since its inception.

2. At the invitation of the Court, the proposed interveners have had the opportunity to file *Amicus Curiae* briefs and the Rhode Island Foundation and the United Way of Rhode Island have done so.

3. The asserted interests of the proposed interveners do not appear to be materially different from the interests asserted by those already parties to the case; and, therefore, there seems to be little purpose to be served by allowing intervention.

4. Because of the urgency recently expressed by the ACLU, the Court has set an accelerated schedule for revolving this case; and, while the proposed interveners do not seek any continuances, their direct participation, at this late date, will make it more difficult for the Court to provide an expedited decision.

However, counsel for the movants will be afforded an opportunity to argue as *Amicus Curiae* at the hearing scheduled for March 2, 2006.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: 3/2                , 2006