UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., STEVEN BROWN, Individually and in his capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, and GREATER PROVIDENCE CHAMBER OF COMMERCE,

Plaintiffs,

v. C.A. No. 04-487T

ROGER BEGIN, in his official capacity as Chairman of the Rhode Island Board of Elections, et al.,

Defendants.

ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

For reasons stated on the record on February 21, 2006, Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 3/14/06