# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., and STEVEN BROWN, individually and in his capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.,
Plaintiffs

vs. C.A. No. 04-487T

ROGER N. BEGIN, in his official capacity as Chairman of the RI Board of Elections, THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORANCE G. JOHNSON, FRANK J. REGO, and RAYMOND A. XAVIER, in their capacities as Commissioners of the RI Board of Elections, and GEORGE BOWEN, in his official capacity as Acting Executive Director,
Defendants

## JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[X] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED:

Pursuant to a Memorandum and Order entered by the Court on April 26, 2006, judgment hereby enters as follows:

1.) The "not acting in concert with any other person or group" clause of RI Gen. Laws 17-25-10(b) is hereby declared to violate the First Amendment to the United State Constitution to the extent that it applies to expenditures made in support of or opposition to ballot questions;

2.) RI Gen. Laws 17-25-10.1(h) and (j) are hereby declared to violate the First Amendment to the United Sates Constitution to the extent that they prohibit corporation or other entities from making contribution from their own funds in support of or opposition to ballot questions;

3.) The dollar limits on contributions contained in RI Gen. Laws 17-25-10.1(a) are hereby declared to apply only to contributions made with respect to candidate elections and not to contributions made in support of or opposition to ballot questions.

Accordingly, judgment shall also enter permanently enjoining the State of Rhode Island and the Board of Elections from enforcing the aforesaid provisions to the extent that they have been declared unconstitutional. In all other respects, the Plaintiff RI Affiliate, American Civil Liberties Union, Inc.'s and Steven Brown's claims are denied and dismissed.

Enter:

Deputy Clerk

Dated: May 15th, 2006