PARTRIDGE SNOW & HAHN LLP
COUNSELORS AT LAW
Closer to the issues

# Attorneys

## Howard Merten

## Partner

E-mail: hm@psh.com

Mr. Merten represents businesses, financial services institutions and individuals in complex civil litigation. His products liability, commercial, insurance, media, and intellectual property matters. Mr. Merten's achievements recognition in *The Best Lawyers in America* since 1997, in both the Media Law and Commercial Litigation Categori

He is a member of the Federation of Defense and Corporate Counsel (Products Liability, Business Torts and Comme Insurance Coverage Sections). He is also a participant in Lawyers for Civil Justice, an organization of corpor attorneys working towards civil justice reform. Mr. Merten is active in Defense Research Institute (Product Liabil and Commercial Litigation Committees). He is also a member of the Rhode Island Bar Association, Federal Bench American Bar Association (Litigation Section), the Maritime Law Association and the Media Law Resource Center.

Mr. Merten is admitted to practice in Rhode Island and before the U.S. District Court of Rhode Island and the U.S 1st Circuit. He received his J.D., magna cum laude, from the Boston University School of Law. His undergraduate cum laude from Princeton University.

REPRESENTATIVE TRANSACTIONS:

- Obtained judgment as a matter of law for a chemical manufacturer sued for allegedly supplying contaminate plaintiff claimed destroyed one of its jewelry manufacturing businesses.
- Successfully defended a national financing company against a class action alleging violations of the Truth-in-
- Successfully defended the manufacturer of a gas detector against claims that its equipment failed to detect which exploded, severely injuring plaintiffs.
- Obtained a multimillion dollar judgment against, and helped federal authorities convict, a group of conspi millions of premium dollars collected from hundreds of independent truckers hidden from the insurer.
- Obtained summary judgment for a needle manufacturer on the grounds that plaintiff had insufficient proof of
- Proved that a garage had sent inflated repair bills to an auto rental fleet over the course of several years, "repairs" to parts which did not exist in certain makes and models.
- Obtained dismissal of lawsuits for lack of product identification in lead paint, talc and pharmaceutical cases.
- Obtained judgment for an anti-diarrhea drug manufacturer that allegedly caused plaintiff's intestinal diverticu
- Successfully defended the decision of a national insurer to deny coverage to the victim of a serious stabbing i
- Acted as liaison for the Media Committee formed by the Chief Judge of the U.S. District Court in Rhode is

profile criminal trial.

REPRESENTATIVE PUBLICATIONS:

Coauthor: "Aftermarket Aftershock: Assessing Kodak's Effect on Business Planning for Parts and Service," *Prev* (Spring 1996);

Contributor: "An Overview of Vertical Restraints," *27th and 25th Annual New England Antitrust Conference, (* (1993 and 1991);

Contributor: "Horizontal Restrains and Collaboration Among Competitors," *24th, 23d and 22d Annual New Conference, Course Publication* (1990, 1989, 1988).

Contributor: case notes to *"Covered Events"* for D.R.I.

Contributor: *"Media Law Letter"* for the MLRC.

LexisNexis Martindale-Hubbell martindale.com

**Private Practice Lawyer Profile for Michael J. Daly**

**Michael J. Daly**
Associate
Vetter & White,
Incorporated
20 Washington Place
Providence, Rhode Island 02903
(Providence Co.)

Telephone: 401-421-3060
Telecopier: 401-272-6803

**Practice Areas:** Litigation

**Admitted:** 2002, Rhode Island; 2003, Massachusetts

**Law School:** Roger Williams University School of Law, J.D., 2002

**College:** University of Rhode Island (B.S., 1997; M.M.A., 2002)

**Member:** Rhode Island Bar Association.

**Biography:** Member, Roger Williams Law Review; Moot Court Society. Law Clerk, Chief Justice Frank J. Williams, Rhode Island Supreme Court, 2002-2004. Author: "Has the Antiquities Act Gone Down With The Ship: A Preemption Analysis of Rhode Island's Shipwreck Laws," 6 Roger Williams U.L. Rev. 539 (2001).

**Born:** Newport, Rhode Island, November 26, 1974

**ISLN:** 918125383

**Web Site:** http://www.vetterandwhite.com