**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/19/2004 | 62506 | HAM | Legal Services - Telephone conference with S. Brown regarding new matter; attention receipt and review of materials regarding same | $ 250.00 | 0.50 | $ 125.00 |
| 8/23/2004 | 62517 | HAM | Legal Services - Attention review and analysis of materials, board of election advisory opinions, correspondence regarding same; confer with MJD regarding same. | $ 250.00 | 2.00 | $ 500.00 |
| 8/25/2004 | 62534 | HAM | Legal Services - Conferences with MJD regarding research, advisory opinion issues, etc.; attention to selected cases | $ 250.00 | 0.50 | $ 125.00 |
| 8/27/2004 | 62543 | HAM | Legal Services - Confer with STC regarding retrieving Voter Choice file | $ 250.00 | 0.25 | $ 62.50 |
| 9/2/2004 | 63807 | HAM | Legal Services - Telephone conference with S. Brown regarding developments Board of Elections actions, need for minutes; confer with MJD regarding factual predicate; actual controversy further conferences with MJD regarding strategies | $ 250.00 | 3.00 | $ 750.00 |
| 9/3/2004 | 63808 | HAM | Legal Services - Attention MJD memos regarding standing, exhaustion; confer with MJD regarding same; telephone conferences with S. Brown, MJD regarding conversations with Board of Elections, Ray Marcaccio, preparation over weekend; review cases collected by MJD | $ 250.00 | 2.75 | $ 687.50 |
| 9/7/2004 | 63815 | HAM | Legal Services - Telephone conferences to and telephone conferences from S. Brown regarding developments, status, conference with MJD regarding drafting complaint; timing of challenge, timing of opinion, election | $ 250.00 | 0.80 | $ 200.00 |
| 9/8/2004 | 63022 | HAM | Legal Services - Telephone conferences to and from S. Brown regarding developments, implementation dates, new regulations, telephone conferences with R. Marcaccio; conferences with M. Daly regarding same. | $ 250.00 | 0.80 | $ 200.00 |
| 9/13/2004 | 63034 | HAM | Legal Services - Telephone conference with S. Brown regarding developments at Board of Elections, postponing implementation; confer with M. Dailey regarding same; conference regarding drafting complaint | $ 250.00 | 0.65 | $ 162.50 |
| 9/14/2004 | 63046 | HAM | Legal Services - Continued analysis of issues and next steps, telephone conference with S. Brown regarding development and timetable, conferences with MD regarding complaint, moving forward | $ 250.00 | 0.60 | $ 150.00 |
| 9/15/2004 | 63052 | HAM | Legal Services - Conferences with M. Daley regarding complaint, confer with M. Daley regarding theories, causes of action, research, draft complaint | $ 250.00 | 0.45 | $ 112.50 |

**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/16/2004 | 63062 | HAM | Legal Services - Review draft complaint, revise appropriate statutes regarding same; conference with GPC regarding legal theories, statutory interpretation, state law claim v. constitutional claims; attention analysis of parties; review Bonas complaint, Vote/Choice complaint for issues and ideas; conferences with M. Daley regarding same; suggestion revisions, reorganization of counts. | $ 250.00 | 2.75 | $ 687.50 |
| 9/21/2004 | 63830 | HAM | Legal Services - Telephone conference with S. Brown regarding developments, issues, attention Providence Journal article regarding issue; conferences with MJD regarding further revisions to complaint and attention to revised draft | $ 250.00 | 0.60 | $ 150.00 |
| 9/22/2004 | 63836 | HAM | Legal Services - Conference with S. Brown regarding comments reflected in recent article regarding old organizations, new organizations, possibly emergency challenge; confer with MJD regarding same. | $ 250.00 | 1.00 | $ 250.00 |
| 10/8/2004 | 63405 | MJD | Legal Services - Review strategy requirements for PAC reporting; conference with HAM/S. Brown regarding coalition | $ 135.00 | 4.25 | $ 573.75 |
| 10/8/2004 | 64673 | HAM | Legal Services - Conferences with MJD regarding memo, status, standards; telephone conferences with S. Brown regarding same, timetable, attention e-mail from MJD regarding memo | $ 250.00 | 1.00 | $ 250.00 |
| 10/10/2004 | 63406 | MJD | Legal Services - Review caselaw regarding 1st amendment and contribution/expenditure restrictions | $ 135.00 | 4.00 | $ 540.00 |
| 10/12/2006 | 63409 | MJD | Legal Services - Review deft of PAC and contribution limits to/by PAC | $ 135.00 | 0.80 | $ 108.00 |
| 10/13/2004 | 63657 | MJD | Legal Services - Check elections board website for public filings regarding ballot questions | $ 135.00 | 0.30 | $ 40.50 |
| 10/13/2004 | 64688 | HAM | Legal Services - Attention e-mail from S. Brown; review filings regarding ballot questions on website; confer with MJD regarding same | $ 250.00 | 0.75 | $ 187.50 |
| 11/5/2004 | 65436 | HAM | Legal Services - E-mails to/from S. Brown regarding news stories; Common Cause; telephone conferences with S. Brown regarding same, timing of suit, etc.; telephone calls to/from S. Brown regarding same; finalize draft complaint and e-mail Brown | $ 250.00 | 1.50 | $ 375.00 |
| 11/8/2004 | 64443 | MJD | Legal Services - Review Steve Brown's suggestions for complaint; amend complaint; review Ch. 25 of Title 17 | $ 135.00 | 1.25 | $ 168.75 |

**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/8/2004 | 65438 | HAM | Legal Services - Attention S. Brown e-mail, suggested amendments to draft complaint, additions to same; telephone conference with S. Brown regarding same, treatment of various prospective, retrospective issues, coalition issues; review suggestions, revise draft complaint; conferences with MJD regarding same; attention e-mail from MJD regarding statutes; review statutes regarding Brown comments, revisions to complaint | $ 250.00 | 3.00 | $ 750.00 |
| 11/9/2004 | 65444 | HAM | Legal Services - Telephone conferences to and telephone conferences from S. Brown regarding outstanding issues, draft complaint, next steps, meeting; e-mail to MJD regarding same | $ 250.00 | 0.75 | $ 187.50 |
| 11/10/2004 | 64450 | MJD | Legal Services - Confer with HAM and Steven Brown, amend complaint, review caselaw and statute | $ 135.00 | 1.75 | $ 236.25 |
| 11/10/2004 | 65448 | HAM | Legal Services - Preparation for meeting with S. Brown; outline issues, possible strategy options, pros and cons, etc.; conferences with MJD regarding analysis of same; meeting with S. Brown regarding strategy calls, complaint, approaches | $ 250.00 | 3.00 | $ 750.00 |
| 11/12/2004 | 65458 | HAM | Legal Services - Further redraft complaint, prospective, retrospective relief, contributions v. expenditures v. reporting; conferences with MJD, S. Brown regarding same | $ 250.00 | 2.00 | $ 500.00 |
| 11/15/2004 | 65463 | HAM | Legal Services - Confer with MJD regarding draft complaint, treatment of Vote Choice, revisions suggested, e-mails and phone messages from S. Brown; telephone to S. Brown, review/revise latest draft of complaint | $ 250.00 | 2.00 | $ 500.00 |
| 11/16/2004 | 65258 | MJD | Legal Services - Edit complaint, confer with HAM and Steve Brown | $ 135.00 | 2.80 | $ 378.00 |
| 11/16/2004 | 65473 | HAM | Legal Services - Attention revised complaint; confer with MJD regarding possible revisions, implications of expenditures v. contributions, forward v. backwards, approaches to same, pros and cons of keeping Brown in as named plaintiff, treatment and review of '95 '96 opinion; telephone conferences with S. Brown regarding same, his comments and reactions to complaint | $ 250.00 | 2.00 | $ 500.00 |
| 11/17/2004 | 65477 | HAM | Legal Services - Attention revising, finalizing complaint; conferences with MJD regarding filing, service; attention civil cover sheet; conferences with GPC regarding update, service issues | $ 250.00 | 1.00 | $ 250.00 |
| 11/19/2004 | 65274 | MJD | Legal Services - Fax complaint to Marcaccio; prepare stipulation for service to Marcaccio | $ 135.00 | 0.50 | $ 67.50 |
| 11/22/2004 | 65517 | HAM | Legal Services - Attention to letter from Board of Elections; telephone conference with S. Brown regarding developments and issues, response to Board's letter; revise draft letter to Board; attention inquiry from AG | $ 250.00 | 1.00 | $ 250.00 |

**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/23/2004 | 65521 | HAM | Legal Services - Revise, finalize letter to Thornton regarding inquiry from Board; telephone conference with S. Brown regarding same; conferences with MJD regarding same; forward draft to Brown for review | $ 250.00 | 1.25 | $ 312.50 |
| 11/29/2004 | 65294 | MJD | Legal Services - Research requirements for serving A.G. | $ 135.00 | 0.20 | $ 27.00 |
| 11/30/2004 | 65537 | HAM | Legal Services - E-mail from S. Brown | $ 250.00 | 0.25 | $ 62.50 |
| 12/1/2004 | 65734 | MJD | Legal Services - Call clerk's office to track Vote Choice record, copy Vote Choice record in Federal Court | $ 135.00 | 1.20 | $ 162.00 |
| 12/2/2004 | 66128 | HAM | Legal Services - E-mail from S. Brown regarding proposed meeting; conferences with MJD regarding same; telephone conference with S. Brown regarding same | $ 250.00 | 0.70 | $ 175.00 |
| 12/3/2004 | 65741 | MJD | Legal Services - Review Vote Choice file | $ 135.00 | 1.75 | $ 236.25 |
| 12/7/2004 | 66150 | HAM | Legal Services - Telephone conference with S. Brown regarding developments, communications with other groups regarding lawsuit and regarding legislative attempts to fix statute | $ - | 0.25 | $ - |
| 12/8/2004 | 66159 | HAM | Legal Services - Conference with MJD regarding recent conversations with Brown | $ 250.00 | 0.25 | $ 62.50 |
| 1/6/2005 | 67040 | HAM | Legal Services - Telephone from S. Brown; e-mail from S. Brown; review OCG press release; both complaints to Board of Elections; telephone conference with S. Brown regarding implications; confer with MJD regarding same; confer with GPC regarding communicating with R. Begin regarding new complaints | $ 265.00 | 2.00 | $ 530.00 |
| 1/10/2005 | 67052 | HAM | Legal Services - Further attention OCG complaints; telephone conference with S. Brown regarding same; telephone conference with R. Marcaccio regarding same; attention letter from same | $ 265.00 | 0.75 | $ 198.75 |
| 1/14/2005 | 67406 | HAM | Legal Services - Telephone conference with Marcaccio regarding developments, issues; collect compl. Info and e-mail to J. Ryan, Chamber | $ 265.00 | 0.50 | $ 132.50 |
| 1/18/2005 | 67425 | HAM | Legal Services - Draft finalize letter to Steve Brown | $ 265.00 | 0.30 | $ 79.50 |
| 1/19/2005 | 67439 | HAM | Legal Services - Telephone conference with R. Marcaccio regarding Board Meeting, potential legislation; telephone conference with S. Brown regarding same | $ 265.00 | 0.50 | $ 132.50 |
| 1/26/2005 | 67467 | HAM | Telephone conference with R. Marcaccio regarding meeting of Board, legislative changes, participation in same; attention fax from Marcaccio regarding same | $ 265.00 | 0.50 | $ 132.50 |
| 1/27/2005 | 67472 | HAM | Legal Services - Attention letter from Marcaccio; telephone conference with S. Brown regarding same; legislative solutions; telephone conference with R. Marcaccio regarding scheduling | $ 265.00 | 0.75 | $ 198.75 |

**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/28/2005 | 67480 | HAM | Legal Services - Attention analysis of complaint regarding issues to cover on statutory amendments; telephone conference with S. Brown regarding status | $ 265.00 | 0.75 | $ 198.75 |
| 1/31/2005 | 67598 | MJD | Legal Services - Review statute and complaint to prepare for Marcaccio meeting; confer with HAM regarding same | $ 135.00 | 2.20 | $ 297.00 |
| 2/1/2005 | 68226 | HAM | Legal Services - Telephones to and telephones from Marcaccio regarding meeting, legislative solutions, etc. | $ 265.00 | 0.40 | $ 106.00 |
| 2/3/2005 | 68240 | HAM | Legal Services - Telephone conference with S. Brown regarding meeting, conversation with Marcaccio | $ 265.00 | 0.25 | $ 66.25 |
| 2/4/2005 | 68250 | HAM | Legal Services - Telephones to and telephones from J. Ryan, S. Brown, R. Marcaccio regarding meetings, schedule same | $ 265.00 | 0.60 | $ 159.00 |
| 2/7/2005 | 68259 | HAM | Legal Services - Attempts to schedule meeting; telephones to S. Brown, J. Ryan, R. Marcaccio | $ 265.00 | 0.40 | $ 106.00 |
| 2/11/2005 | 68327 | MJD | Legal Services - Meetings with S. Brown, R. Marcaccio, HAM regarding legislative solutions. | $ 145.00 | 1.25 | $ 181.25 |
| 2/11/2005 | 68562 | HAM | Legal Services - Preparation for meeting with Ryan, Brown and Marcaccio; meeting with Marcaccio; follow-up meeting with Ryan and Brown | $ 265.00 | 1.50 | $ 397.50 |
| 2/14/2005 | 68290 | MJD | Legal Services - Review e-mail from S. Brown; read Richey | $ 145.00 | 0.80 | $ 116.00 |
| 2/15/2005 | 68338 | MJD | Legal Services - Review proposed legislation and Brown's comments | $ 145.00 | 0.40 | $ 58.00 |
| 2/20/2005 | 69360 | HAM | Legal Services - Review proposed statute, critical analysis of same, compare points in complaint, compare PAC requirements to Ballot Advocacy Coalition requirements | $ 265.00 | 1.25 | $ 331.25 |
| 2/21/2005 | 69368 | HAM | Legal Services - Review statute, intensive review with MJD regarding faults, problems, telephone to S. Brown regarding same | $ 265.00 | 1.00 | $ 265.00 |
| 2/21/2005 | 68664 | MJD | Legal Services - Review proposed statute and discuss same with HAM | $ 145.00 | 1.20 | $ 174.00 |
| 2/22/2005 | 69375 | HAM | Legal Services - Confer with MJD regarding review of statute; extended telephone conference with MJD and S. Brown regarding statute, problems with same; dictate and revise comments regarding statute | $ 265.00 | 1.25 | $ 331.25 |
| 3/7/2005 | 71181 | HAM | Legal Services - Attention e-mail from S. Brown; article, admissions by Begin; conferences with MJD regarding possible frontal attack regarding compelling interest, notice, disclosure v. anonymous activity, revisions to complaint | $ 265.00 | 1.50 | $ 397.50 |
| 3/8/2005 | 71188 | HAM | Legal Services - Conference with S. Brown, MJD regarding complaint, theories; conference regarding frontal attack on supposed compelling interest | $ 265.00 | 0.75 | $ 198.75 |

**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 3/10/2005 | 71208 | HAM | Legal Services - E-mails from S. Brown; review statutes submitted by Board of Elections; attention complaint from Chamber, letter from Ryan | $ 265.00 | 0.75 | $ 198.75 |
| 3/25/2005 | 70361 | HAM | Legal Services - Telephone conference with Ryan regarding status, next steps, conference with Judge Torres; e-mail to Ryan | $ 265.00 | 0.45 | $ 119.25 |
| 3/30/2005 | 71229 | HAM | Legal Services - Telephones to and telephones from Marcaccio's office regarding rescheduling status conference | $ 265.00 | 0.25 | $ 66.25 |
| 4/4/2005 | 71442 | HAM | Legal Services - Attention from J. Ryan regarding Chamber status conference, legislation introduced | $ 265.00 | 0.50 | $ 132.50 |
| 4/6/5005 | 71464 | HAM | Legal Services - Attention letter and fax from Jim Ryan; attention e-mail from Jim Ryan regarding developments, statute | $ 265.00 | 0.45 | $ 119.25 |
| 4/11/2005 | 71486 | HAM | Legal Services - Telephones to and telephones from S. Brown regarding meeting at Board of Elections; input on statute, legislative hearing, conference with MJD regarding same | $ 265.00 | 0.50 | $ 132.50 |
| 4/14/2005 | 71147 | MJD | Legal Services - Compare 25.2 bill with earlier version; locate, track recent bills regarding ballot of advocacy | $ 145.00 | 1.00 | $ 145.00 |
| 4/18/2005 | 71110 | MJD | Legal Services - Work on pretrial memo regarding elements | $ 145.00 | 1.50 | $ 217.50 |
| 4/19/2005 | 71105 | MJD | Legal Services - Prepare pretrial conference memo and discussion memo; confer with HAM on same | $ 145.00 | 1.00 | $ 145.00 |
| 4/20/2005 | 71360 | MJD | Telephone conference with HAM, Ryan & Marcaccio; confer with HAM on case's status; edit pretrial conference memorandum | $ 145.00 | 1.20 | $ 174.00 |
| 4/22/2005 | 71519 | HAM | Legal Services - Attention status conference; confer with M. Daly regarding statement; review same | $ 265.00 | 0.50 | $ 132.50 |
| 4/23/2005 | 71521 | HAM | Legal Services - Collect and review materials, complaint, answer, outline causes of actions, review Vote Choice cases, review problems with legislation | $ 265.00 | 0.75 | $ 198.75 |
| 4/25/2005 | 71525 | HAM | Legal Services - Prepare for, attend meeting on pretrial status conference with Judge Torres, confer with MJD regarding same | $ 265.00 | 1.30 | $ 344.50 |
| | | | | | | |
| | | | | | | $ 18,726.75 |

**Vetter White Time Records**
**RIACLU/Board of Elections**

| Date | ID | Attorney | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/3/2004 | 62265 | GMV | Copying | $ 4.50 | 1.00 | $ 4.50 |
| 11/30/2004 | 64917 | GMV | Court transcript | $ 150.00 | 1.00 | $ 150.00 |
| 11/30/2004 | 64918 | GMV | Court transcript | $ 45.00 | 1.00 | $ 45.00 |
| 11/30/2004 | 64942 | GMV | Copying | $ 60.45 | 1.00 | $ 60.45 |
| 11/30/2004 | 64938 | GMV | Postage | $ 1.75 | 1.00 | $ 1.75 |
| 12/3/2004 | 65574 | GMV | Constable | $ 35.00 | 1.00 | $ 35.00 |
| 12/23/2004 | 66488 | GMV | On-Line Research | $ 73.56 | 1.00 | $ 73.56 |
| 12/23/2004 | 66540 | GMV | Postage | $ 0.37 | 1.00 | $ 0.37 |
| 12/23/2004 | 66582 | GMV | Copying | $ 4.95 | 1.00 | $ 4.95 |
| 1/22/2005 | 67834 | GMV | Copying | $ 4.65 | 1.00 | $ 4.65 |
| 1/31/2005 | 67786 | GMV | Postage | $ 0.74 | 1.00 | $ 0.74 |
| 1/31/2005 | 67911 | GMV | Long Distance Facsimile | $ 0.90 | 1.00 | $ 0.90 |
| 2/14/2005 | 69115 | GMV | Copying | $ 39.30 | 1.00 | $ 39.30 |
| 3/18/2005 | 70443 | GMV | On-Line Research | $ 15.30 | 1.00 | $ 15.30 |
| 4/30/2005 | 71610 | GMV | Copying | $ 11.85 | 1.00 | $ 11.85 |
| 5/12/2005 | 71924 | GMV | On-Line Research | $ 57.19 | 1.00 | $ 57.19 |
| 5/12/2005 | 71925 | GMV | On-Line Research | $ 16.61 | 1.00 | $ 16.61 |
| 5/12/2005 | 71926 | GMV | On-Line Research | $ 31.32 | 1.00 | $ 31.32 |
| | | | | | | |
| | | | | | | $ 553.44 |