# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 6918
Invoice Date: Jun 15, 2005
Page: 1

Sold To:

Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

| Client/Matter | Payment Terms |
|---|---|
| 800056-2 | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| MATTHEW | Sherri | JUN 155 | 7/15/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 617.00 | Bates | Bates Labels | 0.06 | 37.02 |
| 448.00 | 11x17 | 11x17 | 0.35 | 156.80 |
| 903.00 | "D" | Heavy Litigation | 0.19 | 171.57 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ____________________

Date: ____________

| | |
|---|---|
| Subtotal | 365.39 |
| Sales Tax | 25.58 |
| Total Invoice | 390.97 |
| Payment | 0.00 |
| TOTAL | 390.97 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number:
8187
Invoice Date:
Oct 13, 2005
Page:
1

Sold To:

Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

| Client/Matter | | | Payment Terms | |
|---|---|---|---|---|
| 80056-5 | | | Net 30 Days | |
| Document Consultant | Customer Contact | | Job Number | Due Date |
| MATTHEW | Deana | | OCT 104 | 11/12/05 |
| **Quantity** | **Item** | **Description** | **Unit Price** | **Extension** |
| 2,536.00 | "D" | Heavy Litigation- w/some glasswork | 0.21 | 532.56 |

Dida

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

| | |
|---|---|
| Subtotal | 532.56 |
| Sales Tax | 37.28 |
| Total Invoice | 569.84 |
| Payment | 0.00 |
| TOTAL | 569.84 |

Received and Approved by: ______________________

Date: ______________

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 8336
Invoice Date: Oct 25, 2005
Page: 1

Sold To:

Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| 800056-2 | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Deana Ardente | OCT 253 | 11/24/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,709.00 | "D" | Heavy Litigation | 0.19 | 514.71 |
| 7.00 | 11x17 | 11x17 | 0.35 | 2.45 |

Jwh

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: BAB for DMA.

Date: 10/26/05

| | |
|---|---|
| Subtotal | 517.16 |
| Sales Tax | 36.20 |
| Total Invoice | 553.36 |
| Payment | 0.00 |
| TOTAL | 553.36 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number:
8611
Invoice Date:
Nov 14, 2005
Page:
1

Sold To:

Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

| Client/Matter | | | Payment Terms | |
|---|---|---|---|---|
| 800056-2 | | | Net 30 Days | |
| Document Consultant | Customer Contact | | Job Number | Due Date |
| MATTHEW | SHERRY | | NOV 183 | 12/14/05 |
| **Quantity** | **Item** | **Description** | **Unit Price** | **Extension** |
| 446.00 | "C" | Medium Litigation | 0.14 | 62.44 |
| 64.00 | Tabs | Tabs | 0.30 | 19.20 |
| 1.00 | Binders | Binders-2" | 10.50 | 10.50 |
| 2.00 | Custom Label | Custom Labels | 1.00 | 2.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ______________________

Date: ______________

| | |
|---|---|
| Subtotal | 94.14 |
| Sales Tax | 6.59 |
| Total Invoice | 100.73 |
| Payment | 0.00 |
| TOTAL | 100.73 |

Tax ID Number: 03-0487386