# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC. AND STEVEN BROWN, INDIVIDUALLY AND IN HIS CAPACITY AS EXECUTIVE DIRECTOR OF RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC.,

Plaintiffs

v.

C.A. No. 04-487/T

ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL.,

Defendant

THE GREATER PROVIDENCE CHAMBER OF COMMERCE,

Intervenor

## AFFIDAVIT OF JOSEPH V. CAVANAGH, JR.

I, Joseph V. Cavanagh, Jr., first being duly sworn according to the laws of the State of Rhode Island, do hereby depose and state:

1. I am a founding partner of the law firm of Blish & Cavanagh in Providence, Rhode Island. I make this Affidavit in support of Plaintiffs' Motion for Attorneys' Fees and Costs in the above-captioned case and I understand that this Affidavit is being filed in support of that Motion.

2. I graduated from Harvard College (B.A.) in 1971 and from Boston College Law School (J.D. in 1974).

3. I have been a member of the Bar of the State of Rhode Island and of the United States District Court for the District of Rhode Island since 1974. I am also admitted to the United States Court of Appeals for the First Circuit (1977) and the United States Supreme Court (1981).

4. In 1986, John Blish and I founded the law firm of Blish & Cavanagh. Before founding our firm, from 1974 to 1986, I was an associate and then a partner in the law firm of Edwards & Angell, in its litigation division.

5. My firm is engaged in general civil litigation, including substantial federal court litigation in the areas of media law, personal injury law, commercial litigation, as well as civil rights and employment discrimination.

6. Our firm sets billing rates for each individual lawyer and paralegal for billing to our hourly clients. Our firm currently consists of 7 partners and 4 associate attorneys. Our rates take into account the experience and seniority of each individual. Our current rates for partner time range from $185 per hour to $350 per hour. Our current rate for associate time is $200 per hour. Our current rate for paralegal time is $125 per hour.

7. Individual attorney time customarily is charged to hourly clients on the basis of standard hourly rates determined by years of relevant experience of the attorney, usually without regard to the subject matter of the representation. In the context of litigation, our firm does not distinguish between in-court and out-of-court time for purposes of billing. Both are charged at the same hourly rate. We follow the same method for billing the time of paralegals.

8. I have been asked to provide information concerning our billing rates for clients billed on that basis for the period of 2004 through 2006. These are:

| 2004 | Hourly Rate |
|---|---|
| Partners | $185 to $350 |
| Associates | $155 to $200 |
| Paralegals | $ 75 to $125 |

| 2005 | Hourly Rate |
|---|---|
| Partners | $185 to $350 |
| Associates | $155 to $200 |
| Paralegals | $ 75 to $125 |

| 2006 | Hourly Rate |
|---|---|
| Partners | $185 to $350 |
| Associates | $155 to $200 |
| Paralegals | $ 75 to $125 |

9. I am also generally familiar with the customary billing rates and practices prevailing among Rhode Island law firms.

10. I believe that my own firm's rates have been and remain in line with prevailing community rates. I believe that the hourly rate for senior partners of twenty or more years of experience in civil litigation currently ranges from $250 to $500 per hour.

11. I know and have worked professionally with attorney Howard Merten. It is my understanding that this attorney has requested an award of fees based on an hourly rate of $250 and $265 for services from August 2004 to the present. I also understand that the plaintiffs seek awards for an associate, Michael Daley, at a rate of $135 to $145 per hour and paralegal services at a rate of $85 per hour. Based upon my familiarity with the rates charged by my firm and other Rhode Island law firms for civil litigation in the State of Rhode Island during the years 2004 to present, it is my opinion that the requested rates for attorneys and paralegals with the experience possessed by the applicants are fair and reasonable and not in excess of rates charged

by my firm or which were prevailing in the community for time spent in civil litigation by attorneys with similar experienced during that time.

Joseph V. Cavanagh, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Providence, Rhode Island, on this 6th day of June, 2006.

Notary Public
Print Name: Jeanmarie Leach
My Commission Expires: 7-9-09

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing AFFIDAVIT OF JOSEPH V. CAVANAGH, JR. was mailed, postage prepaid, on this 6th day of June, 2006 to:

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

James W. Ryan, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Thomas A. Palumbo, Esq.
Assistant Attorney General
Office of Attorney General
150 South Main Street
Providence, RI 02903

859481_1/800056-2