# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC. AND STEVEN BROWN, INDIVIDUALLY AND IN HIS CAPACITY AS EXECUTIVE DIRECTOR OF RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC.,

Plaintiffs

v.

C.A. No. 04-487/T

ROGER N. BEGIN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE RHODE ISLAND BOARD OF ELECTIONS, ET AL.,

Defendant

THE GREATER PROVIDENCE CHAMBER OF COMMERCE,

Intervenor

## AFFIDAVIT OF BENJAMIN V. WHITE, III

I, Benjamin V. White, III, first being duly sworn according to the laws of the State of Rhode Island, do hereby depose and state:

1. I am a founding principal of the law firm of Vetter & White in Providence, Rhode Island. I make this Affidavit in support of Plaintiffs' Motion for Attorneys' Fees and Costs in the above-captioned case and I understand that this Affidavit is being filed in support of that Motion.

2. I graduated from Harvard College (B.A.) in 1964 and from Boston University School of Law (J.D.) in 1974.

3. I have been a member of the Bar of the State of Rhode Island and of the

United States District Court for the District of Rhode Island since 1975. I am also admitted to the Bars of Massachusetts (1974), the United States Court of Appeals for the First Circuit (1982) and the United States Supreme Court (1987).

4. In 1981, George Vetter and I founded the law firm of Vetter & White. Before founding our firm, from 1975 to 1981, I was an associate and then a partner in the law firm of Hinckley, Allen, Salisbury & Parsons, in its litigation department.

5. My firm has been engaged in general civil litigation, including substantial federal court litigation in the areas of commercial litigation, media law and product liability and personal injury defense as well as civil rights litigation.

6. Our firm sets billing rates for each individual lawyer and paralegal for billing to our hourly clients. Our firm currently consists of five principals and four associate attorneys. Our rates take into account the experience and seniority of each individual. Our current rates for principal time range from $230 per hour to $300 per hour. Our current rates for associate time range from $160 per hour to $175 per hour. Our current rate for paralegal time is $95 per hour.

7. Individual attorney time customarily is charged to hourly clients on the basis of standard hourly rates determined by years of relevant experience of the attorney, usually without regard to the subject matter of the representation. In the context of litigation, our firm does not distinguish between in-court and out-of-court time for purposes of billing. Both are charged at the same hourly rate. We follow the same method for billing the time of paralegals.

8. I have been asked to provide information concerning our billing rates for clients billed on that basis for the period of 2004 through the present. These are:

| 2004 | Hourly Rate |
|---|---|
| Principals | \$165 to \$265 |
| Associates | \$120 to \$145 |
| Paralegals | \$85 to \$85 |

| 2005 | Hourly Rate |
|---|---|
| Principals | \$210 to \$275 |
| Associates | \$145 to \$160 |
| Paralegals | \$90 to \$90 |

| 2006 | Hourly Rate |
|---|---|
| Principals | \$230 to \$300 |
| Associates | \$160 to \$175 |
| Paralegals | \$95 to \$95 |

9. I am also generally familiar with the customary billing rates and practices prevailing among Rhode Island law firms.

10. I believe that my own firm's rates have been and remain in line with prevailing community rates. I believe that the hourly rate for partners of twenty or more years of experience in civil litigation currently ranges from \$250 to \$450 per hour.

11. I know and have worked professionally with attorney Howard Merten and Michael J. Daly. Attorney Merten was an associate and then a principal at our firm for more than twenty years. Attorney Merten is now a partner at Partridge Snow & Hahn LLP, and Vetter & White has no economic interest in any award of attorneys' fees in this matter.

12. It is my understanding that plaintiffs have requested an award for Attorney Merten's time based upon an hourly rate of \$250 and \$265. These were Attorney Merten's historic billing rate for the years 2004 through May 2005, while he was a principal of Vetter & White. Likewise, Attorney Daly's historical hourly rates for that same time period were \$135 and \$145.

13. I also understand that the plaintiffs seek awards for paralegal services at rates of $85 per hour.

14. Based upon my familiarity with the rates charged by my firm and other Rhode Island law firms for civil litigation in the State of Rhode Island during the years 2004 to the present, it is my opinion that the requested rates for attorneys and paralegals with the experience possessed by the applicants are fair and reasonable and not in excess of rates charged by my firm or which were prevailing in the community for time spent in civil litigation by attorneys with similar experience during that time.

Benjamin V. White, III

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Providence, Rhode Island, on this 6th day of June, 2006.

Notary Public
Print Name: Gordon P Cleary
My Commission Expires: 7/16/09

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing AFFIDAVIT OF JOSEPH V. CAVANAGH, JR. was mailed, postage prepaid, on this 6th day of June, 2006 to:

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

James W. Ryan, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Thomas A. Palumbo, Esq.
Assistant Attorney General
Office of Attorney General
150 South Main Street
Providence, RI 02903

859496_1/800056-2