**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND AFFILIATE, AMERICAN CIVIL LIBERTIES UNION, INC., and STEVEN BROWN, individually and in his capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.,

Plaintiffs,

THE GREATER PROVIDENCE CHAMBER OF COMMERCE,

Intervenor Plaintiff,

v. C.A. No. 04-487T

ROGER N. BEGIN, in his official capacity as Chairman of the Rhode Island Board of Elections, THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, and RAYMOND A. XAVIER, in their capacities as Commissioners of the Rhode Island Board of Elections, and GEORGE BOWEN, in his official capacity as Acting Executive Director,

Defendants.

**ORDER GRANTING, IN PART, PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND FOR ENLARGEMENT**

For the reasons stated in open court,

(1) Plaintiffs' Motion for Attorneys' Fees and for Enlargement is hereby GRANTED insofar as it requests enlargement *nunc pro tunc* of the time for filing a motion for attorneys' fees and for filing materials in support of such motion;

(2) Plaintiffs' motion is hereby HELD for further argument in all other respects;

(3) if, after such argument, the Court determines that Plaintiffs are entitled to an award of attorneys' fees, any costs and fees incurred by Defendants in responding to the portion of Plaintiffs' motion that requested enlargement of time shall be offset from any such award, provided that Defendants submit appropriate documentation of such costs and fees to the Court; and

(4) Defendants shall file any such documentation, as well as their response to the substantive portion of Plaintiffs' motion for an award of fees, not later than August 15, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 7/14/06