**RAYMOND A. MARCACCIO**
Counsellor at Law

55 Dorrance Street
Suite 400
Providence, RI 02903

Tel: (401) 861-2900
Fax: (401) 861-2922
ram@marcacciolaw.com

January 10, 2005

Howard A. Merten, Esquire
VETTER & WHITE
20 Washington Place
Providence, RI 02903

***Re: ACLU,et al v. Roger N. Begin, et al***

Dear Howard:

In response to your recent inquiry, please be advised that the Board of Elections will not presently be taking any action in response to the two complaints filed by Operation Clean Government until it has had an opportunity to review the complaints and meet to discuss them. I will give you notice of any such meeting and will also advise you as to when the Board will likely be responding to the complaints. Presently, no enforcement action will be taken against the ACLU on matters raised in your complaint.

Please do not hesitate to contact me if you wish to discuss this in further detail.

Sincerely,

Raymond A. Marcaccio

RAM/nh