UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903

ERNEST C. TORRES
CHIEF JUDGE

January 6, 2006

Howard A. Merten, Esq.
James W. Ryan, Esq.
Partridge, Snow & Hahn, LLP
180 South Main St.
Providence, RI 02903

Raymond A. Marcaccio, Esq.
Christine M. Curley, Esq.
55 Dorrance St., Suite 400
Providence, RI 02903

Thomas A. Palombo, Asst. Attorney General
Dept. Of Attorney General
150 South Main St.
Providence, RI 02903

Re: RI ACLU v. Begin, et al.
CA No. 04-487-T

Dear Counselors:

As I expressed to you during our telephone conference this morning, this case raises a number of important issues, the resolution of which may significantly impact the rights and interests of persons and organizations who are not parties to this litigation as well as the general public. Moreover, the constitutionality of some of the challenged statutes are not being defended by any of the parties.

In order to ensure that the issues are fully aired, I would like to afford to other organizations that may have an interest in regulation of political contributions and expenditures an opportunity to present their views. Accordingly, I have asked the Clerk to identify such organizations and invite them to submit *Amicus* briefs that they believe might assist the Court in properly resolving any of the issues presented.

As I mentioned, some of the organizations that most readily come to my mind are Common Cause, the League of Women Voters and one of the media-related organizations that focuses on First Amendment issues. Any additional suggestions that you have would be most welcome. As I indicated, in order to expedite resolution of this case, I plan to set a fairly short timetable for the submission of *Amicus* briefs. Therefore, any additional suggestions that you may have should be submitted no later than next Wednesday, January 11.

Sincerely yours,

Ernest C Torres

Ernest C. Torres
Chief Judge

ECT:dms
(via fax and US mail)
cc: Court File

JAN 7 2006