**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.** ***Plaintiffs*** | : | |
| **Vs.** | : | **C.A. No. 04-487T** |
| **ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director** ***Defendants*** | : | |
| **THE GREATER PROVIDENCE CHAMBER OF COMMERCE** ***Intervenor*** | : | |

**BOARD OF ELECTIONS' PROPOSED OFFSET TO PETITION FOR LEGAL FEES**

Now comes the Defendant, the State of Rhode Island Board of Elections ("Board") and hereby submits this proposed offset to petition for fees submitted by Plaintiff, the Rhode Island American Civil Liberties Union ("Plaintiff").

This offset proposal is submitted in accordance with this Honorable Court's order of July 14, 2006, which stated that in the event that Plaintiff is entitled to an award of attorney's fees, any costs and legal fees incurred by the Board in responding to Plaintiff's motion for an

enlargement of time shall be offset from any award to Plaintiff of legal fees, provided that the Board submits appropriate documentation of such costs and fees to the Court. In support of said offset, the Board hereby submits the attached affidavit and supporting time sheets that relate to the opposition to the Plaintiff's motion for an enlargement of time.

Defendants,
By their Attorney,

_/s/ Raymond A. Marcaccio_______________

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: August 15, 2006