**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.**
***Plaintiffs***

**Vs.** **C.A. No. 04-487T**

**ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director**
***Defendants***

**THE GREATER PROVIDENCE CHAMBER OF COMMERCE**
***Intervenor***

## AFFIDAVIT OF RAYMOND A. MARCACCIO

I, Raymond A. Marcaccio, hereby state under oath as follows:

1. I have been a member of the Rhode Island Bar and the bar of this Court since 1987.

2. For the past 19 years, I have concentrated in civil litigation.

3. Since May of 2002, I have served as legal counsel to the State of Rhode Island Board of Elections ("Board").

4. In my capacity as legal counsel for the Board, I have been involved in all facets of civil litigation, including defending the Board in the present suit, as well as defending the Board in other lawsuits pending before this Honorable Court, as well as the United States Court of Appeals for the First Circuit, the Rhode Island Superior Court and the Rhode Island Supreme Court.

5. Attached hereto as Exhibit 1 is an itemized statement of the legal fees generated by my law firm that relate specifically and exclusively to the Board's opposition to the Plaintiff's motion for an enlargement of time to file its petition for attorney's fees.

6. Every entry contained in the attached exhibit was prepared from contemporaneous time records which set forth the attorney, the date and a specific narrative of the work performed on that date.

7. I have removed all other entries for time spent on other matters relating to my representation of the State Board of Elections. Further, I have attempted to delete any time for any work that may be deemed to be duplicative and/or unnecessary.

8. The fees set forth in Exhibit 1 total $1,806.25. Said fees have been computed using an hourly rate of $125 for both my time as well as that of my associate, Julie P. Hamil. This rate is the standard rate used by my law firm for representation of the State Board of Elections.

9. Based upon my knowledge and experience, I hereby attest that the rate of $125 is significantly below the comparable fees charged for similar work at comparable firms in this locality. My ordinary rate is $250 per hour. The ordinary rate of my associate is $175 per hour.

10. There have been no costs incurred in connection with the Board's opposition to the Plaintiff's motion for an enlargement of time.

Raymond A. Marcaccio, Esquire

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on this 15th day of August, 2006, before me personally appeared Raymond A. Marcaccio to me known and known by me to be the person executing the foregoing instrument and he acknowledged said instrument, by him executed, to be his free act and deed.

Notary Public

My commission expires: 9/27/08

EXHIBIT 1

**OLIVERIO & MARCACCIO LLP**

55 Dorrance Street, Suite 400
Providence, RI 02903

Phone # 401-861-2900
Fax # 401-861-2922

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2006 | 744 |

**Bill To**

Robert Kando, Esquire
Executive Director
Board of Elections
50 Branch Avenue
Providence, RI 02904

**Matter**

| Date | Attorney | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/2/2006 | RAM | Receipt and review of motion for attorneys fees and enlargement of time and supporting memorandum of law; telephone conference with Mr. Merten. (ACLU) | 1.10 | 125.00 | 137.50 |
| 6/7/2006 | RAM | Receipt and review of amended motion for legal fees and supporting affidavits and memo; attention to research in opposition to motion. (ACLU) | 0.75 | 125.00 | 93.75 |
| 6/8/2006 | RAM | Receipt and review of draft memorandum of law and preparation of revisions. (ACLU) | 1.50 | 125.00 | 187.50 |
| 6/8/2006 | JPH | Attention to draft memorandum in opposition to motion for fees and enlargement. (ACLU) | 4.50 | 125.00 | 562.50 |
| 6/8/2006 | RAM | Draft/edit motion and memo regarding enlargement of time. (ACLU) | 1.50 | 125.00 | 187.50 |

| | |
|---|---|
| **Total** | $1,168.75 |
| **Payments/Credits** | |
| **Balance Due** | |

**OLIVERIO & MARCACCIO LLP**

55 Dorrance Street, Suite 400
Providence, RI 02903

Phone # 401-861-2900
Fax # 401-861-2922

# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2006 | 784 |

**Bill To**

Robert Kando, Esquire
Executive Director
Board of Elections
50 Branch Avenue
Providence, RI 02904

**Matter**

| Date | Attorney | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/11/2006 | RAM | Review of all memoranda, legal cites, etc. in preparation for tomorrow's hearing on motion for legal fees. (ACLU) | 3.00 | 125.00 | 375.00 |
| 7/12/2006 | RAM | Attendance at hearing on motion before Judge Torres. (ACLU) | 2.10 | 125.00 | 262.50 |

| | |
|---|---|
| **Total** | $637.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $637.50 |