IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC., ET al. | C.A. 04-487T |
| vs. | February 21, 2006 |
| | 3:30 P.M. |
| ROGER BEGIN, In His Official Capacity As Chairman of the Rhode Island Board of Elections, et al. | Providence, RI |
| GREATER PROVIDENCE CHAMBER OF COMMERCE, Intervenor | |

BEFORE THE HONORABLE ERNEST C. TORRES

CHIEF DISTRICT JUDGE

**(HEARING ON PLAINTIFF'S MOTION TEMPORARY**

**RESTRAINING ORDER - IN CHAMBERS)**

FILED
2006 JUN 12 A 11: 34
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

APPEARANCES:

FOR THE PLAINTIFF: Partridge, Snow & Hahn, LLP
By: Howard A. Merten, Esquire
-and-
By: James W. Ryan, Esquire
180 South Main Street
Providence, RI 02903

not in any way had any dialogue with the enforcing agency.

THE COURT: Well, I'm not entirely clear on exactly what it is, Howard, that is going to be done or what it is, Ray, that you are saying won't be prosecuted if it's done. The sections, it's a very interlocking statute, as you know, and there are three basics components, if you will. One is certain prohibitions against contributing funds unless it's done in a certain way or expending funds unless certain requirements are satisfied. Another sets limits on how much can be contributed or expended, and another aspect, the statute requires disclosure of amounts that are contributed or expended. And they are all related. I don't know how -- one of the difficulties this case presents is that these things are all related. So I'm not entirely clear what it is that the ACLU -- and I assume the Chamber, also, Jim?

MR. RYAN: Yes, sir.

THE COURT: What it is you're proposing to do now, that you're looking for protection from prosecution, and I'm not clear what it is Ray, your talking about when you say that you agree that you won't prosecute them for doing this. What specifically --

C E R T I F I C A T I O N

I, Angela M. Reynolds, RPR-FCRR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Angela M. Reynolds

Angela M. Reynolds, RPR-FCRR

6-11-06

Date:

FILED
2006 JUN 12 A 11: 34
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND