UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE AMERICAN
CIVIL LIBERTIES UNION, INC. and
STEVEN BROWN, individually and in
his capacity as Executive Director
of Rhode Island Affiliate,
American Civil Liberties Union, Inc.,

    Plaintiffs,

THE GREATER PROVIDENCE CHAMBER OF
COMMERCE,

    Intervenor Plaintiff,

v.                                  C.A. No. 04-487T

ROGER N. BEGIN, in his official
capacity as Chairman of the
Rhode Island Board of Elections,
et al.,

    Defendants,

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS FEES**

For reasons stated in open court on November 3, 2006, plaintiffs' motion for an award of attorneys fees is hereby GRANTED in the amount of $50,000.00.

                                            By Order:

                                            _/s/_____
                                            Deputy Clerk

ENTER:

_/s/ Ernest C. Torres_____
Chief Judge Ernest C. Torres
date:  11/7/06