UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, individually and in his capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.,

Plaintiffs,

THE GREATER PROVIDENCE CHAMBER OF COMMERCE,

Intervenor Plaintiff,

v. C.A. No. 04-487T

ROGER N. BEGIN, in his official capacity as Chairman of the Rhode Island Board of Elections, et al.,

Defendants,

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS FEES**

For reasons stated in open court on November 3, 2006, plaintiffs' motion for an award of attorneys fees is hereby GRANTED in the amount of $50,000.00.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 11/7/06