**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.** *Plaintiffs* | : | |
| **Vs.** | : | **C.A. No. 04-487T** |
| **ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director** *Defendants* | : | |
| **THE GREATER PROVIDENCE CHAMBER OF COMMERCE** *Intervenor* | : | |

**JOINT MOTION TO AMEND ORDER**

Now come Plaintiffs and Defendants, through counsel, and hereby move this Honorable Court to amend its November 7, 2006 Order granting Plaintiffs' Motion for Attorneys Fees. The parties hereby submit the amended Order for consideration. The purpose for said amendment is to identify the attorney and law firm in whose favor the order was entered. The additional information will satisfy the administrative requirements for processing the check for attorneys fees.

/s/ Howard A. Merten
Howard A. Merten, Esquire (#3171)
Attorney for Plaintiffs
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 Fax

/s/ Raymond A. Marcaccio
Raymond A. Marcaccio, Esquire (#3569)
Attorney for Defendants
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

## CERTIFICATION

I hereby certify that the foregoing *JOINT MOTION TO AMEND ORDER* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 14th day of December, 2006.

James W. Ryan, Esquire
jwr@psh.com

/s/ Raymond A. Marcaccio