**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AFFILIATE AMERICAN CIVIL LIBERTIES UNION, INC. and STEVEN BROWN, Individually and in his Capacity as Executive Director of Rhode Island Affiliate, American Civil Liberties Union, Inc.** *Plaintiffs* | : | |
| **Vs.** | : | **C.A. No. 04-487T** |
| **ROGER N. BEGIN, in his Official Capacity as Chairman of the Rhode Island Board of Elections, and THOMAS V. IANNITTI, JUDITH H. BAILEY, JOHN A. DALUZ, FLORENCE G. JOHNSON, FRANK J. REGO, RAYMOND A. XAVIER, in their Capacities as Commissioners of the Rhode Island Board of Elections and GEORGE BOWEN, in his Official Capacity as Acting Executive Director** *Defendants* | : | |
| **THE GREATER PROVIDENCE CHAMBER OF COMMERCE** *Intervenor* | : | |

**AMENDED ORDER GRANTING**
**PLAINTIFFS' MOTION FOR ATTORNEYS FEES**

For reasons stated in open court on November 3, 2006, Plaintiffs' motion for an award of attorneys fees is hereby GRANTED in the amount of $50,000.00, which shall be made payable to Howard Merten, Esquire and Partridge Snow & Hahn LLP.

ENTER: PER ORDER:

____________________________ ____________________________
Senior Judge Ernest C. Torres Deputy Clerk